**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 04 CV 01178 (TPG) (e-filed)<br><br>**NOTICE OF JOINT MOTION FOR CONSOLIDATION AND APPOINTMENT OF INTERIM LEAD CLASS COUNSEL** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 04 CV 02785 (MGC) |

(Additional Case Captions are on Following Pages)

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 02786 (RO) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 03225 (TPG) (e-filed) |

(Additional Case Captions are on Following Page)

- 2 -

| | |
|---|---|
| BRIMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>          Defendants. | Civil Action No. 04 CV 03229 (TPG) (e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>          Defendants. | Civil Action No. 04 CV 03308 (TPG) (e-filed) |

  PLEASE TAKE NOTICE that upon the accompanying affidavit of Fred Taylor Isquith sworn to May 3, 2004, all exhibits thereto, the accompanying memorandum of law dated May 3, 2004, and all pleadings and papers previously filed, plaintiff 1775 Housing Associates in matter

04 CV 02785 (MGC), plaintiff Triangle Housing Associates, L.P. in matter 04 CV 02786 (RO), plaintiff Rochdale Village, Inc. in matter 04 CV 03225 (TPG), and plaintiff Riverbay Corporation in matter 04 CV 03308 (TPG), by their undersigned counsel, shall jointly move, on June 1, 2004, at 9:30 a.m. or as soon thereafter as counsel may be heard, before the Honorable Thomas P. Griesa, in the Courtroom 26B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order (a) pursuant to Fed. R. Civ. Proc. 42(a) for consolidation of each of the related antitrust class actions listed in the captions hereto, together with other related actions that may be subsequently filed in or removed or transferred to this Court; and (b) pursuant to Fed. R. Civ. P. 23(g)(2)(A) for appointment of Wolf Haldenstein Adler Freeman & Herz LLP as Interim Lead Counsel for the putative Plaintiff Class(es) in each proposed consolidated action.

Dated: May 3, 2004

                                                                                              /s_____
Fred Taylor Isquith (FI 6782)
Stuart M. Saft (SS 7775)
Alexander H. Schmidt (AS 8304)
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Mary Jane Edelstein Fait (ME 1434)
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
656 West Randolph Street, Suite 500 West
Chicago, Illinois 60661
(312) 466-9200

*Attorneys for Plaintiffs in Nos.*
*04 CV 02785, 02786, 03225 and 03308*

TO:   LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, Seventh Floor
New York, New York 10036
(212) 490-9550

       -and-

MILBERG WEISS BERSHAD HYNES
  & LERACH LLP
401 B Street, Suite 1700
San Diego, CA  92101
(619) 231-1058
*Attorneys for Plaintiff in*
  *Transhorn, Ltd. v. United Technologies Corp., et al.*,
  S.D.N.Y. No. 04 CV 01178 (TPG)

Antonio Vozzolo
FARUQI & FARUQI, LLP
320 East 39th Street
New York, NY 10016
(212) 983-9330
*Attorneys for Plaintiff in*
  *Brimingham Building Trade Towers, Inc.*
  *v. United Technologies Corp., et al.*,
  04 CV 03229

Patricia M. McDermott
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, D.C. 20006-1801
(202) 974-1500
*Attorneys for Defendant*
  *Otis Elevator Co.*

UNITED TECHNOLOGIES CORPORATION
United Technologies Building
Hartford, Connecticut 06101
Attn:  Legal Dept.
*Defendant*

- 5 -

KONE INC.
1 Kone CT
Moline, Illinois 61265
Attn: Legal Dept.
*Defendant*

SCHINDLER HOLDING LTD.
Seestrasse 55
CH-6052 Hergiswil, Nidwalden, Switzerland
41-41-632-85-50
Attn: Legal Dept.
*Defendant*

SCHINDLER ELEVATOR CORPORATION
20 Whippany Rd
Morristown, New Jersey 07960
Attn: Legal Dept.
*Defendant*

THYSSENKRUPP AG
August-Thyssen-Strabe 1
40211 Dusseldorf, Germany
Attn: Legal Department
*Defendant*

THYSSENKRUPP ELEVATOR CORPORATION
1995 North Park Place Suite 370
Atlanta, Georgia 30339-2072
Attn: Legal Dept.
*Defendant*

360484

- 6 -