UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRANSHORN LTD., On Behalf of Itself and
All Others Similarly Situated,

                 Plaintiff,

vs.

UNITED TECHNOLOGIES
CORPORATION, et al.,

                 Defendants.

---

Civil Action No. 04-CV-01178

Assigned to: Judge Griesa

[PROPOSED] ORDER ON ADMISSION OF
BONNY E. SWEENEY TO PRACTICE *PRO
HAC VICE*

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 04 CV 1178
DATE FILED: 5/20/04

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Bonny E. Sweeney, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed cases will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

DATED: May 19, 2004

THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE

cc: Pro Hac Vice Attorney
    Court File

S:\CasesSD\Elevator\ORD00008955.doc

- 1 -