UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x

TRANSHORN LTD., On Behalf of Itself and   :   Civil Action No. 04-CV-01178
All Others Similarly Situated,                :

                      :   Assigned to: Judge Griesa

                Plaintiff,    :

                      :   [~~PROPOSED~~] ORDER ON ADMISSION OF
    vs.                       :   MARK SOLOMON TO PRACTICE *PRO*
                      :   *HAC VICE*

UNITED TECHNOLOGIES        :
CORPORATION, et al.,           :

                      :

               Defendants.   :

———————————————————————— x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 04 Cv. 1178
DATE FILED: 5/20/04

The motion for admission to practice *pro hac vice* in the above captioned matter is granted.

The admitted attorney Mark Solomon is permitted to argue or try this particular case in whole or in

part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25 attorney admission fee

and present this Order to the intake deputy clerk in the Clerk's Office.  When paying by mail, return

a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the

Court's docket.  A notation of your admission *pro hac vice* for the above listed cases will be made

on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in

this case.

Dated: _May 19, 2004_

_____
THE HONORABLE THOMAS P. GRIESA
UNITED STATES DISTRICT JUDGE


cc:    *Pro Hac Vice* Attorney
       Court File

S:\CasesSD\Elevator\ord00008940.doc

- 1 -