UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRIFIAS.

----------------------------------------------------------x
TRANSHORN, LTD., on behalf of itself and all : 
others similarly situated,                   :   04 CV 01178 (TPG)
                                             :
                Plaintiff,                   :   STIPULATION TO EXTEND TIME TO
                                             :   ANSWER OR OTHERWISE MOVE
        - against -                          :
                                             :
UNITED TECHNOLOGIES CORPORATION,             :
OTIS ELEVATOR CO., KONE                      :
CORPORATION, KONE INC., SCHINDLER            :
HOLDING LTD., SCHINDLER ELEVATOR             :
CORPORATION, THYSSENKRUPP AG and             :
THYSSEN ELEVATOR CAPITAL CORP.,              :
                                             :
                Defendants.                  :
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys for the parties herein, that the time in which defendants United Technologies Corporation, Otis Elevator Company, Kone Inc., Schindler Elevator Corporation, Schindler Holding Ltd., and Thyssen Elevator Capital Corporation may answer, move or otherwise respond to the complaint be, and the same hereby is, extended to and including August 1, 2004. It is further agreed that, by signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including the assertion of jurisdictional defenses either by motion or otherwise. The moving defendants have authorized undersigned counsel for United Technologies Corporation and Otis Elevator Company to sign this stipulation on their behalf.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 04 cv 1178
DATE FILED: 5/20/04

Dated: New York, New York
       May 11, 2004

                        Law Offices of Curtis V. Trinko, LLP

By: _____
    Curtis V. Trinko (CT-1838)
    16 West 46th Street, 7th Floor
    New York, New York 10036
    Telephone: (212) 490-9550
    Telecopier: (212) 986-0158

*Attorneys for Plaintiff*
*Transhorn Ltd.*


CLEARY, GOTTLIEB, STEEN &
HAMILTON


By: _____
Deborah M. Buell (DB-3562)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Telecopier: (212) 225-3999

        and

Mark Leddy
Patricia M. McDermott
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-1801
Telephone: (202) 974-1500
Telecopier: (202) 974-1999

*Attorneys for Defendants*
*United Technologies Corporation and*
*Otis Elevators Company*

2

        Michael Evan Jaffe
        Gerald Zingone
        Thelen Reid & Priest LLP
        701 Pennsylvania Avenue, N.W.
        Suite 800
        Washington, D.C.  20004
        Telephone: (202) 508-4000
        Telecopier: (202) 508-4321

        *Attorneys for Defendant*
        *Kone Inc.*


        Kenneth M. Kramer (KK1462)
        Jerome S. Fortinsky
        Shearman & Sterling
        599 Lexington Avenue
        New York, NY 10022-6069
        Telephone: (212) 848-4900
        Telecopier: (212) 848-7179

        *Attorneys for Defendants*
        *Schindler Elevator Corporation and*
        *Schindler Holding Ltd.*


        A. Paul Victor
        Christopher V. Roberts
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York  10153
        Telephone: (212) 310-8000
        Telecopier: (212) 310-8007

        *Attorneys for Defendant*
        *Thyssen Elevator Capital Corporation*


SO ORDERED:

Date: May 19, 2004

_____
United States District Judge