**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 01178 (TPG)<br>(e-filed)<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**<br><br><br><br>Civil Action No. 04 CV 02785 (MGC) |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br>                              Defendants. | |

(Additional Case Captions are on Following Pages)

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 04 CV 02786 (RO) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 04 CV 03225 (MGC)<br>(e-filed) |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03229 (TPG)<br>(e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Upon the annexed declaration of Antonio Vozzolo, executed this 12th day of May, 2004, plaintiff Birmingham Building Trades Tower, Inc. and all others similarly situated move, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Brian J. Robbins, who is a member of the bar of the State of California, and who is a partner in Robbins Umeda & Fink, LLP, be admitted pro hac vice for all purposes on behalf of plaintiff in this action.

Dated: May 12, 2004

FARUQI & FARUQI, LLP

By: _____
Antonio Vozzolo

Nadeem Faruqi (NF-1184)
Antonio Vozzolo (AV-8773)
Beth A. Keller (BK-9421)
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

Attorney for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 01178 (TPG)<br>(e-filed)<br><br>**DECLARATION OF ANTONIO VOZZOLO** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>                              Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 02785 (MGC) |

(Additional Case Captions are on Following Pages)

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 02786 (RO) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 03225 (MGC)<br>(e-filed) |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br> -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>        Defendants. | Civil Action No. 04 CV 03229 (TPG)<br>(e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br> -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>        Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Antonio Vozzolo, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a partner at Faruqi & Faruqi, LLP. I make this declaration in support of the motion by plaintiff Birmingham Building Trades Tower, Inc. and all others similarly situated, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, Brian J. Robbins be admitted pro hac vice for all purposes on behalf of plaintiff in this action.

2. Brian J. Robbins is fully familiar with this action.

3. Brian J. Robbins is a member in good standing of the bar of the State of California, as evidenced by the annexed certificate.

4. I respectfully request that plaintiffs' motion be granted in all respects. A proposed order is enclosed herewith.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: May 12, 2004

                                            Antonio Vozzolo (AV-8773)

FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105 1639
TELEPHONE (415) 538-2000

January 23, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, BRIAN JAMES ROBBINS was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Senior Administrative Supervisor
Office of Certification

## AFFIDAVIT OF SERVICE

I hereby certify that on this 12th day of May, 2004, I caused true and correct copies of the within Notice of Motion For Admission Pro Hac Vice, Declaration of Antonio Vozzolo and [Proposed] Order Granting Admission Pro Hac Vice to be served upon the parties indicated on the attached service list by depositing the same, enclosed in properly addressed postage paid envelopes, in an official depository maintained by the United States Postal Service in the State of New York.

*Beth A. Keller*
Beth A. Keller (BK-9421)
FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

**SERVICE LIST**

LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, Seventh Floor
New York, New York 10036
(212) 490-9550

-and-

MILBERG WEISS BERSHAD HYNES
& LERACH LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058
*Attorneys for Plaintiff in Transhorn, Ltd. v. United Technologies Corp., et al.,*
    *S.D.N.Y. No. 04 CV 01178 (TPG)*

Patricia M. McDermott
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, D.C. 20006-1801
(202) 974-1500
*Attorneys for Defendant Otis Elevator Co.*

UNITED TECHNOLOGIES CORPORATION
United Technologies Building
Hartford, Connecticut 06101
Attn: Legal Dept.
*Defendant*

KONE INC.
1 Kone CT
Moline, Illinois 61265
Attn: Legal Dept.
*Defendant*

SCHINDLER HOLDING LTD.
Seestrasse 55
CH-6052 Hergiswil, Nidwalden, Switzerland
41-41-632-85-50
Attn: Legal Dept.
*Defendant*

SCHINDLER ELEVATOR CORPORATION
20 Whippany Rd.

Morristown, New Jersey 07960
Attn: Legal Dept.
*Defendant*

THYSSENKRUPP AG
August-Thyssen-Strabe 1
40211 Dusseldorf, Germany
Attn: Legal Department
*Defendant*

THYSSENKRUPP ELEVATOR CORPORATION
1995 North Park Place Suite 370
Atlanta, Georgia 30339-2072
Attn: Legal Dept.
*Defendant*