

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 04 CV 01178 (TPG) (e-filed) |
|            Plaintiff, | **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |
|   -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
|          Defendants. | |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated, | Civil Action No. 04 CV 02785 (MGC) |
|            Plaintiff, | |
|   -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
|          Defendants. | |

(Additional Case Captions are on Following Pages)

TRIANGLE HOUSING ASSOCIATES, L.P., On
Behalf of Itself and All Others Similarly Situated,

                              Plaintiff,

         -vs.-

UNITED TECHNOLOGIES CORPORATION,
OTIS ELEVATOR, CO., KONE
CORPORATION, KONE INC., SCHINDLER
HOLDING LTD., SCHINDLER ELEVATOR
CORPORATION, THYSSENKRUPP AG and
THYSSEN ELEVATOR CAPITAL CORP.,

                          Defendants.

Civil Action No. 04 CV 02786 (RO)

ROCHDALE VILLAGE, INC., On Behalf of Itself
and All Others Similarly Situated,

                              Plaintiff,

         -vs.-

UNITED TECHNOLOGIES CORPORATION,
OTIS ELEVATOR, CO., KONE
CORPORATION, KONE INC., SCHINDLER
HOLDING LTD., SCHINDLER ELEVATOR
CORPORATION, THYSSENKRUPP AG and
THYSSEN ELEVATOR CAPITAL CORP.,

                          Defendants.

Civil Action No. 04 CV 03225 (MGC)
(e-filed)

(Additional Case Captions are on Following Page)

2

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03229 (TPG) (e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Upon the annexed declaration of Antonio Vozzolo, executed this 12th day of May, 2004, plaintiff Birmingham Building Trades Tower, Inc. and all others similarly situated move, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Joe R. Whatley, Jr. and Glen M. Connor, who are members of the bar of the United States District Court of the Northern District of Alabama and who are either partners or associates of Whatley Drake, LLC, be admitted pro hac vice for all purposes on behalf of plaintiff in this action

3

Dated: May 12, 2004

FARUQI & FARUQI, LLP

By: _____
        Antonio Vozzolo

Nadeem Faruqi (NF-1184)
Antonio Vozzolo (AV-8773)
Beth A. Keller (BK-9421)
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

Attorney for Plaintiffs and the Class

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 01178 (TPG) (e-filed)<br><br>**DECLARATION OF ANTONIO VOZZOLO** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 02785 (MGC) |

(Additional Case Captions are on Following Pages)

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 04 CV 02786 (RO) |
| Plaintiff, | |
| -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
| Defendants. | |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 04 CV 03225 (MGC) (e-filed) |
| Plaintiff, | |
| -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
| Defendants. | |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 04 CV 03229 (TPG) (e-filed) |
| Plaintiff, | |
| -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
| Defendants. | |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated, | Civil Action No. 04 CV 03308 (TPG) |
| Plaintiff, | |
| -vs.- | |
| UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP., | |
| Defendants. | |

Antonio Vozzolo, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member in good standing of the bar of this Court and a partner at Faruqi & Faruqi, LLP.  I make this declaration in support of the motion by plaintiff Birmingham Building Trades Tower, Inc. and all others similarly situated, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Joe R. Whatley, Jr. and Glen M. Connor be admitted pro hac vice for all purposes on behalf of plaintiff in this action.

7

2.    Joe R. Whatley, Jr. and Glen M. Connor are fully familiar with this action.

3.    Joe R. Whatley, Jr. And Glen M. Connor are members in good standing of the bar of the United States District Court for the Northern District of Alabama as evidenced by the annexed certificates.

4.    I respectfully request that plaintiffs' motion be granted in all respects.    A proposed order is enclosed herewith

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: May 12, 2004

_____
Antonio Vozzolo (AV-8773)

FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

8

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **GLEN M. CONNOR** was duly admitted to practice in said Court on **January 4, 1985**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 6, 2004.

PERRY D. MATHIS, CLERK

By: *Shirley Brown*

Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **Joe R. Whatley, Jr.** was duly admitted to practice in said Court on **July 30, 1979**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 6, 2004.

PERRY D. MATHIS, CLERK

By: *Shirley Brown*
Deputy Clerk

## AFFIDAVIT OF SERVICE

I hereby certify that on this 12th day of May, 2004, I caused true and correct copies of the within Notice of Motion For Admission Pro Hac Vice, Declaration of Antonio Vozzolo and [Proposed] Order Granting Admission Pro Hac Vice to be served upon the parties indicated on the attached service list by depositing the same, enclosed in properly addressed postage paid envelopes, in an official depository maintained by the United States Postal Service in the State of New York.

Beth A. Keller (BK-9421)
FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

**SERVICE LIST**

LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, Seventh Floor
New York, New York 10036
(212) 490-9550

    -and-

MILBERG WEISS BERSHAD HYNES
& LERACH LLP
401 B Street, Suite 1700
San Diego, CA 92101
(619) 231-1058
*Attorneys for Plaintiff in Transhorn, Ltd. v. United Technologies Corp., et al.,*
    S.D.N.Y. No. 04 CV 01178 (TPG)

Patricia M. McDermott
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, D.C. 20006-1801
(202) 974-1500
*Attorneys for Defendant Otis Elevator Co.*

UNITED TECHNOLOGIES CORPORATION
United Technologies Building
Hartford, Connecticut 06101
Attn: Legal Dept.
*Defendant*

KONE INC.
1 Kone CT
Moline, Illinois 61265
Attn: Legal Dept.
*Defendant*

SCHINDLER HOLDING LTD.
Seestrasse 55
CH-6052 Hergiswil, Nidwalden, Switzerland
41-41-632-85-50
Attn: Legal Dept.
*Defendant*

SCHINDLER ELEVATOR CORPORATION
20 Whippany Rd.

Morristown, New Jersey 07960
Attn: Legal Dept.
*Defendant*

THYSSENKRUPP AG
August-Thyssen-Strabe 1
40211 Dusseldorf, Germany
Attn: Legal Department
*Defendant*

THYSSENKRUPP ELEVATOR CORPORATION
1995 North Park Place Suite 370
Atlanta, Georgia 30339-2072
Attn: Legal Dept.
*Defendant*