UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/04

---------------------------------------------------------x
TRANSHORN, LTD.

    Plaintiff,

- against –

UNITED TECHNOLOGIES
CORPORATION, *et al.*

    Defendants.
---------------------------------------------------------x

04 CV 01178 (TPG)

STIPULATION TO EXTEND TIME
TO ANSWER OR OTHERWISE
RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein, that the time in which defendant Kone Corporation may answer, move or otherwise respond to the complaint be, and the same hereby is, extended to and including August 1, 2004. It is further agreed that, by signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including assertion of jurisdictional defenses either by motion or otherwise.

Dated: New York, New York
      May 28, 2004

LAW OFFICES OF CURTIS V. TRINKO, LLP

By: *Curtis V. Trinko*
Curtis V. Trinko (CT-1838)
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

and

LERACH COUGHLIN STOIA &
ROBBINS LLP
Mark Solomon
Bonny E. Sweeney
William J. Doyle II
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423

*Attorneys for Plaintiff Transhorn, Ltd.*


THELEN REID & PRIEST LLP

By: ___[signature]_____
Veronica E. Rendon, (#VR2918126)
875 Third Avenue, 10th Floor
New York, NY 10022-6225

and

Michael Evan Jaffe
Gerald Zingone
701 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 508-4000
Facsimile:  (202) 508-4321

*Attorneys for Defendant Kone Corporation*


SO ORDERED:

___Thomas P. Griesa___ 6/3/04
U.S.D.J.        (by JFK)