# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 01178 (TPG)<br>(e-filed)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 02785 (MGC) |

(Additional Case Captions are on Following Pages)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 04 CV 1178
DATE FILED: 6/15/04

Dockets.Justia.com

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>           -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 02786 (RO) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>           -vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                              Defendants. | Civil Action No. 04 CV 03225 (MGC)<br>(e-filed) |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWERS, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                                    Defendants. | Civil Action No. 04 CV 03229 (TPG)<br>(e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                                    Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Upon the [unopposed] motion of plaintiff Birmingham Building and all others similarly situated, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Joe R. Whatley, Jr. and Glen M. Connor pro hac vice for all purposes on behalf of plaintiff in this action, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED in all respects.

Dated: ~~May~~ June 11, 2004

_____
Kimba M. Wood
United States District Judge
Part I