

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 04 CV 01178 (TPG)<br>(e-filed)<br><br>**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br>　　　　　　　　　　Defendants. | Civil Action No. 04 CV 02785 (TPG) |

(Additional Case Captions are on Following Pages)

2004 JUL 20 PM 12: 14
S.D. OF N.Y.
FILED
U.S. DISTRICT COURT

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 02786 (TPG) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03225 (TPG)<br>(e-filed) |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWER, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03229 (TPG)<br>(e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Upon the annexed declaration of Antonio Vozzolo, executed this 20th day of July, 2004, plaintiff Birmingham Building Trades Tower, Inc. moves, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Richard P. Rouco, who is a member of the bar of the United States District Court of the Northern District of Alabama and who is either a partner or associate of Whatley Drake, LLC, be admitted pro hac vice for all purposes on behalf of plaintiff in this action

3

Dated: July 20, 2004

FARUQI & FARUQI, LLP

By: _____
Antonio Vozzolo

Nadeem Faruqi (NF-1184)
Antonio Vozzolo (AV-8773)
Beth A. Keller (BK-9421)
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

Attorney for Plaintiff and the Class

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANSHORN, LTD., On Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>        Defendants. | Civil Action No. 04 CV 01178 (TPG)<br>(e-filed)<br><br>**DECLARATION OF ANTONIO VOZZOLO** |
| 1775 HOUSING ASSOCIATES, On Behalf of Itself and All Other Similarly Situated,<br><br>        Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>        Defendants. | Civil Action No. 04 CV 02785 (TPG) |

(Additional Case Captions are on Following Pages)

| | |
|---|---|
| TRIANGLE HOUSING ASSOCIATES, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                            Defendants. | Civil Action No. 04 CV 02786 (TPG) |
| ROCHDALE VILLAGE, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>                            Defendants. | Civil Action No. 04 CV 03225 (TPG)<br>(e-filed) |

(Additional Case Captions are on Following Page)

| | |
|---|---|
| BIRMINGHAM BUILDING TRADES TOWER, INC., On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03229 (TPG)<br>(e-filed) |
| RIVERBAY CORPORATION, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>-vs.-<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR, CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | Civil Action No. 04 CV 03308 (TPG) |

Antonio Vozzolo, declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member in good standing of the bar of this Court and a partner at Faruqi & Faruqi, LLP. I make this declaration in support of the motion by plaintiff Birmingham Building Trades Tower, Inc., pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Richard P. Rouco be admitted pro hac vice for all purposes on behalf of plaintiff in this action.

2. Richard P. Rouco is fully familiar with this action.

3. Richard P. Rouco is a member in good standing of the bar of the United States District Court for the Northern District of Alabama as evidenced by the annexed certificate.

4. I respectfully request that plaintiff's motion be granted in all respects. A proposed order is enclosed herewith

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 20, 2004

Antonio Vozzolo (AV-8773)

FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

### CERTIFICATE OF GOOD STANDING

I, **Perry D. Mathis**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **RICHARD P. ROUCO** was duly admitted to practice in said Court on **MARCH 02,1995**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on June 30, 2004.

PERRY D. MATHIS, CLERK

By: *[signature]*
Deputy Clerk

## AFFIDAVIT OF SERVICE

I hereby certify that on this 20th day of July, 2004, I caused true and correct copies of the within Notice of Motion For Admission Pro Hac Vice, Declaration of Antonio Vozzolo and [Proposed] Order Granting Motion for Admission Pro Hac Vice to be served upon the parties indicated on the attached service list by depositing the same, enclosed in properly addressed postage paid envelopes, in an official depository maintained by the United States Postal Service in the State of New York.

Beth A. Keller (BK-9421)
FARUQI & FARUQI, LLP
320 East 39th Street
New York, New York 10016
(212) 983-9330 (Telephone)
(212) 983-9331 (Facsimile)

## SERVICE LIST

LAW OFFICES OF CURTIS V. TRINKO, LLP
16 West 46th Street, Seventh Floor
New York, New York 10036
(212) 490-9550

    -and-

LERACH COUGHLIN STOIA & ROBBINS LLP
401 B Street, Suite 1700
San Diego, California 92101
(619) 231-1058
*Attorneys for Plaintiff Transhorn, Ltd.*

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Alexander H. Schmidt
270 Madison Avenue
New York, New York 10016
(212) 545-4600

    -and-

Mary Jane Edelstein Fait
656 West Randolph Street, Suite 500 West
Chicago, Illinois 60661
*Attorneys for Plaintiffs 1775 Housing Associates, Triangle Housing Associates, L.P., Rochdale Village, Inc., Riverbay Corporation*

CLEARY GOTTLIEB STEEN & HAMILTON
Patricia M. McDermott
2000 Pennsylvania Avenue, N.W., Suite 9000
Washington, D.C. 20006-1801
(202) 974-1500

    -and-

Deborah M. Buell
One Liberty Plaza
New York, New York 10006
(212) 225-2000
*Attorneys for Defendant Otis Elevator Co. and United Technologies Corporation*

THELEN REID & PRIEST LLP
Michael Even Jaffe

701 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20004
(202) 508-4000
*Attorneys for Defendants Kone Inc. and Kone Corp.*

SHEARMAN & STERLING
Kenneth M. Kramer
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4900
*Attorneys for Schindler Elevator Corp. and Schindler Holding Ltd.*

WEIL, GOTSHAL & MANGES LLP
A. Paul Victor
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant Thyssen Elevator Capital Corp. and Thyssenkrupp AG*