UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRANSHORN, LTD., on behalf of itself and all others similarly situated,

                Plaintiff,

- against -

UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION, THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,

                Defendants.

------------------------------------------------------------x

04 CV 01178 (TPG)

STIPULATION TO EXTEND TIME TO APPEAR, ANSWER OR OTHERWISE MOVE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/04

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time in which defendant ThyssenKrupp AG may appear, answer, move, or otherwise respond to the summons and complaint in the above-named action is hereby extended to and including September 10, 2004.  It is further agreed that, by signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion by ThyssenKrupp AG of jurisdictional defenses either by motion or otherwise.

Dated: New York, New York
       June 30, 2004

1

MICROFILM JUL 23 2004 -3⁰⁰ PM

Dockets.Justia.com

LAW OFFICES OF CURTIS V. TRINKO, LLP

By: */s/ Curtis V. Trinko*
Curtis V. Trinko (CT-1838)
16 West 46th Street, Seventh Floor
New York, New York 10036
Telephone: (212) 490-9550
Telecopier: (212) 986-0158
and
William S. Lerach
Mark Solomon
Bonny E. Sweeney
William J. Doyle, II
David W. Mitchell
Christopher Burke
Lerach, Coughlin, Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 231-1058
Telecopier: (619) 231-7423

*Attorneys for Plaintiffs*
*Transhorn, Ltd.*

GIBBONS, DEL DEO, DOLAN, GRIFFINGER &
VECCHIONE, PC

By: */s/ Anthony A. Dean*
Anthony A. Dean (AD-5896)
Terry Myers
Thomas R. Valen
One Pennsylvania Plaza
New York, NY 10119
Telephone (212) 649-4700
Telecopier (212) 333-5960

*Attorneys for Defendant ThyssenKrupp AG*


SO ORDERED:

Date: *Thomas P. Griesa* 7/23/04
United States District Judge

2