GRIESA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
IN RE ELEVATOR ANTITRUST                    :   04 CV 01178 (TPG)
LITIGATION                                  :   PROPOSED ORDER
                                            :   REGARDING CONSOLIDATION,
                                            :   FILING A CONSOLIDATION
                                            :   COMPLAINT AND ADDITION
------------------------------------------------------------x   TO ORGANIZATION
:
D.F. CHASE, INC., on behalf of itself and all   :   04 CV 03569 (TPG)
Others similarly situated,                  :
                                            :
           Plaintiff,                       :
                                            :
       -against-                            :
                                            :
UNITED TECHNOLOGIES CORPORATION,            :
OTIS ELEVATOR CO., KONE CORPORATION,        :
KONE INC., SCHINDLER HOLDING LTG.,          :
SCHINDLER ELEVATOR CORPORATION              :
THYSSENKRUPP AG and                         :
THYSSEN ELEVATOR CAPITAL CORP.,             :
                                            :
           Defendants.                      :
------------------------------------------------------------x
(Additional case captions are on the following page)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/04
```

```
------------------------------------------------------x
                                                      :
MOUNTAIN BAY CONSTRUCTION                             :
and 435 PACIFIC INC., on behalf of themselves         :      04 CV 03857 (TPG)
                                                      :
                        Plaintiffs,                   :
                                                      :
                                                      :
            -against-                                 :
                                                      :
UNITED TECHNOLOGIES CORPORATION                       :
OTIS ELEVATOR CO., KONE                               :
CORPORAITON, KONE INC., SCHINDLER                     :
HOLDING LTD., SCHINDLER ELEVATOR                      :
CORPORATION, THYSSENKRUPP AG,                         :
THYSSEN ELEVATOR CAPITAL CORP., and                   :
THYSSENKRUPP ELEVATOR CORP.,                          :
                                                      :
                        Defendants.                   :
------------------------------------------------------
TOWERS OF CORAL SPRINGS LTD.,                         :
181 MAPLE AVENUE ASSOCIATES, and                      :      04 CV. 03963 (TPG)
LENOE ROAD ASSOCIATES, on behalf of                   :
Themselves and all others similarly situated v.       :
                                                      :
            -against-                                 :
                                                      :
UNITED TECHNOLOGIES CORP., OTIS                       :
ELEVATOR CO., KONE CORP., KONE INC.,                  :
SCHINDLER HOLDING, LTD., SCHINDLER                    :
ELEVATOR CORP., THYSSENKRUPP AG, and                  :
THYSSEN ELEVATOR CAPITAL CORP.                        :
                                                      :
------------------------------------------------------x
```

(Additional case captions are on the following page)

```
------------------------------------------------x
                                                :
OLEN COMMERCIAL REALTY                          :
CORPORATION, on behalf of itself and all        :
others similarly situated,                      :
                                                :   04 CV 05662 (TPG)
                Plaintiff,                      :
                                                :
        -against-                               :
                                                :
UNITED TECHNOLOGIES CORPORATION                 :
OTIS ELEVATOR CO., KONE CORPORATION,            :
KONE, INC., SCHINDLER HOLDING LTD.,             :
SCHINDLER ELEVATOR CORPORATION                  :
THYSSENKRUPP AG, THYSSEN ELEVATOR               :
CAPITAL CORP., and THYSSENKRUPP                 :
ELEVATOR CORP.,                                 :
                Defendants.                     :
------------------------------------------------x
                                                :
BAY CREST CONDOMINIUM                           :
ASSOCIATION, on behalf of itself and all        :   04 CV 05663 (TPG)
Others similarly situated,                      :
                                                :
                Plaintiff,                      :
                                                :
        -against-                               :
                                                :
UNITED TECHNOLOGIES CORPORATION                 :
OTIS ELEVATOR CO., KONE CORPORATION             :
KONE INC., SCHINDLER HOLDING LTD.,              :
SCHINDLER ELEVATOR CORPORATION,                 :
THYSSENKRUPP AG, THYSSEN ELEVATOR               :
CAPITAL CORP., and THYSSEN                      :
ELEVATOR CORP.,                                 :
                                                :
                Defendants.                     :
                                                :
------------------------------------------------x
```

WHEREAS, by Order dated August 27, 2004 ("Order") this Court consolidated certain related cases pending before the Court as of April 30, 2004 into <u>In re Elevator Antitrust Litigation</u> (04 Civ. 01178 (TPG)); and

WHEREAS, between April 30, 2004, and the date of the Order, five additional related cases were commenced before this Court, which cases are listed individually in the caption above; and

WHEREAS, those additional related cases should be consolidated into In re Elevator Antitrust Litigation, and a schedule established for the filing of a consolidating complaint and responses thereto, and

WHEREAS, Plaintiffs' counsel have agreed that in view of the nationwide (and international) scope of this case and the addition of related cases, a co-lead counsel would be assisting in the efficient staffing of this case.

It is hereby Ordered, as follows:

1. The cases referred to in the caption bearing index numbers 04 CV. 03569 (TPG); 04 CV. 03857 (TPG); 04 CV. 03963 (TPG); 04 CV. 05662 (TPG); and 04 CV. 05663 (TPG) are consolidated for all purposes including, but not limited to, discovery, pretrial proceeding and trial proceeding, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, into In re Elevator Antitrust Litigation, 04 CV. 01178 (TPG).

2. The cases referred to in the caption, bearing index number 04 CIV. 03569 (TPG); 04 CV. 03857(TPG), 04 CV. 05662 (TPG); and 04 CV. 05663 (TPG), shall be administratively closed and all papers shall be filed in 04 CV. 01178;

3. The clerk shall file a copy of this Order in the docket of each of the actions referred to in paragraph 1, and no further proceedings of any sort shall take place in the closed actions, subject to for the order of this Court.

4. Plaintiffs in the consolidated actions shall file and serve a Consolidated Complaint on or before November 1, 2004 in *In re Elevator Antitrust Litigation*, No. 04CV. 01178 (TPG) (S.D.N.Y.).

5. The time within which Defendants United Technologies Corporation, Otis Elevator Company, Kone Corporation, Kone Inc., Schindler Holding Ltd., Schindler Elevator Corporation, Thyssenkrupp AG, Thyssenkrupp Elevator Corporation, and Thyssen Elevator Capital Corporation have to appear, answer, move, or otherwise respond to the Consolidated Complaint be, and hereby is, extended to and including December 15, 2004. No defendant shall have any obligation to answer, move, or otherwise plead with respect to any complaint in the above-captioned actions other than the Consolidated Complaint.

6. This order shall not have the effect of making any defendant a party to an action in which it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure. The parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses either by motion or otherwise.

7. Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, is hereby appointed additional interim co-lead class counsel, with Wolf Haldenstein Adler Freeman & Herz, which latter firm shall be liaison counsel to the Court.

So Ordered:

Thomas P. Griesa

USDJ

September 16, 2004

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

### ELEVATORS SERVICE LIST

James G. Stranch, III
C. Dewey Branstetter, Jr.
Branstetter, Kilgore, Stanch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN 37201-1631
615-254-8801
615-255-5419 (fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
212-490-9550
212-986-0158 (fax)

Brian J. Robbins
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
619-525-3990
619-525-3991 (fax)

Mary Jane Fait
Wolf Haldenstein Adler Freeman
  & Herz, LLC
656 West Randolph Street, Suite 500W
Chicago, IL 60661
312-466-9200
312-466-9292 (fax)

Nadeem Faruqi
Antonio Vozzolo
Beth A. Keller
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
212-983-9330
212-983-9331 (fax)

Mark Solomon
Bonny E. Sweeney
William J. Doyle II
Lerach Coughlin Stoia & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
619-231-1058
619-231-7423 (fax)

Joe R. Whatley, Jr.
Glenn M. Connor
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL 35203
205-328-9576
205-328-9669 (fax)

Lester L. Levy, Sr.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
212-759-4600
212-486-2093

Mager White & Goldstein
165 Township Line Road
Suite 2400
Jenkintown, Pennsylvania 19046
215-481-0273

374822