UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | x | |
| In re ELEVATOR ANTITRUST LITIGATION | : | Civil Action No. 04-CV-01178(TPG) |
| | : | |
| | : | NOTICE OF FILING PROOF OF SERVICE |
| | : | OF SUMMONS AND COMPLAINT ON |
| This Document Relates To: | : | THYSSEN KRUPP ELEVATOR CORP. |
| | : | |
| Civil Action No. 04-CV-5663 | : | |
| (Bay Crest Condominium Association) | : | |
| | x | |

Dockets.Justia.com

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

Notice is hereby given that plaintiff has served the Summons and Complaint in the above-captioned action on defendant Thyssen Krupp Elevator Corp. as evidenced by the Proof of Service of Summons and Complaint attached hereto, which is being filed with the Court.

A copy of this Notice has been sent to all parties on the attached certificate of service.

DATED:  November 5, 2004

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
FRED TAYLOR ISQUITH


                       /s/ Fred Taylor Isquith
                       FRED TAYLOR ISQUITH

270 Madison Avenue
New York, NY  10016
Telephone:  212/545-4600
212/545-4653 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
BONNY E. SWEENEY
WILLIAM J. DOYLE II
CHRISTOPHER M. BURKE
401 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Elevators_NY\NOT00015435.doc

- 1 -

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

1.     That declarant is and was, at all times herein mentioned, a citizen of the United States

and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in

the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California

92101.

2.     That on November 5, 2004, declarant served the NOTICE OF FILING PROOF OF

SERVICE OF SUMMONS AND COMPLAINT ON THYSSEN KRUPP ELEVATOR CORP. by

depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed

envelope with postage thereon fully prepaid and addressed to the parties listed on the attached

Service List.

3.     That there is a regular communication by mail between the place of mailing and the

places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

day of November, 2004, at San Diego, California.

/s/ Teresa A. Turner
TERESA A. TURNER

ELEVATORS NY

Service List - 11/5/2004    (04-0160)

Page 1 of 2

## Counsel For Defendant(s)

Mark Leddy
Patricia M. McDermott
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
9th Floor
Washington, DC  20006
   202/974-1500
   202/974-1999 (Fax)

Stewart M. Gisser
Associate General Counsel
Schindler Elevator Corporation (Legal
Department)
20 Whippany Road
Morristown, NJ  07960-1935
   973/397-6580
   973/397-6574 (Fax)

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY  10006
   212/225-2000
   212/225-3999 (Fax)

A. Paul Victor
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007 (Fax)

## Counsel For Plaintiff(s)

Daniel L. Rottinghaus
Jeffrey B. Cereghino
Steven R. Weinmann
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA  94507
   925/838-2090
   925/820-5592 (Fax)

Nadeem Faruqi
Antonio Vozzolo
Beth A. Keller
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY  10016
   212/983-9330
   212/983-9331 (Fax)

James G. Stranch, III
C. Dewey Branstetter, Jr.
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN  37201-1631
   615/254-8801
   615/255-5419 (Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY  10036
   212/490-9550
   212/986-0158 (Fax)

ELEVATORS NY

Service List - 11/5/2004     (04-0160)

Page 2 of 2

Mark  Solomon
Bonny E. Sweeney
William J. Doyle II
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)


Joe R. Whatley, Jr.
Glenn M. Connor
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL  35203
   205/328-9576
   205/328-9669 (Fax)


Fred T. Isquith
Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)

Brian J. Robbins
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA  92101
   619/525-3990
   619/525-3991 (Fax)


Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLC
656 West Randolph Street, Suite 500W
Chicago, IL  60661
   312/466-9200
   312/466-9292 (Fax)