| Attorney or Party without Attorney: <br> Curtis V. Trinko, Esq. <br> Law Offices of Curtis V. Trinko, LLP <br> 16 West 46th Street, 7th Floor <br> New York, NY 10036 <br> Attorney for: Plaintiff | Telephone No.: | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: <br> 20567 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court-southern District Of New York

Plaintiff: BAY CREST CONDOMINIUM ASSOCIATION, ET AL
Defendant: UNITED TECHNOLOGIES CORPORATION, ET AL

| AFFIDAVIT OF SERVICE <br> (Summons In A Civil Case;) | Hearing Date: | Time: | Dept/Div | Case Number: <br> 04CV5663ECF |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action, and **I served copies** of the: Summons In A Civil Case; Exhibit A; Complaint.

2. a. Party Served:          THYSSEN KRUPP ELEVATOR CORP. (Defendant)

   b. Person Served:         SUSAN PATKO-EXECUTIVE ASSISTANT- PERSON AUTHORIZED BY THE CORPORATION TO ACCEPT SERVICE OF PROCESS

   c. Address:               15141 E. WHITTIER BLVD.
                             SUITE 420
                             WHITTIER, CA 90603

3. I served the party named in item 2
   a. **by personally delivering** the copies
      (1) on:                Tue, Sep. 14, 2004
      (2) at:                10:05AM

5. Person serving:                                  Fee for service:
   GARY HANSEN C.C.P.S.                             **I Declare** under penalty of perjury under the laws
   1ST NATIONWIDE LEGAL SERVICES, INC.              of the State of **New York**
   501 12TH STREET                                  that the foregoing is true and correct.
       SACRAMENTO, CA 95814-2822
   (916) 449-8990



6. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State, Sep. 15, 2004

   My Commission Expires: ▶ 7-14-2007
                              (Date)                                   ▶ Rachael Bodnar
                                                                          (Notary public)        8990.105837