UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ELEVATOR ANTITRUST LITIGATION  :<br>:<br>This Document Relates To:  :<br>:<br>   Civil Action No. 04-CV-5662  :<br>   (Olen Commercial Realty Corporation)  : | Civil Action No. 04-CV-01178(TPG)<br><br>NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THYSSEN KRUPP ELEVATOR CORP. |

Dockets.Justia.com

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

Notice is hereby given that plaintiff has served the Summons and Complaint in the above-captioned action on defendant Thyssen Krupp Elevator Corp. as evidenced by the Proof of Service of Summons and Complaint attached hereto, which is being filed with the Court.

A copy of this Notice has been sent to all parties on the attached certificate of service.

DATED: November 5, 2004
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
FRED TAYLOR ISQUITH

        /s/ Fred Taylor Isquith
FRED TAYLOR ISQUITH

270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
212/545-4653 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
BONNY E. SWEENEY
WILLIAM J. DOYLE II
CHRISTOPHER M. BURKE
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Elevators_NY\NOT00015433.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 401 B Street, Suite 1700, San Diego, California 92101.

2. That on November 5, 2004, declarant served the NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THYSSEN KRUPP ELEVATOR CORP. by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November, 2004, at San Diego, California.

/s/ Teresa A. Turner
TERESA A. TURNER

ELEVATORS NY

Service List - 11/5/2004   (04-0160)

Page 1 of 2

**Counsel For Defendant(s)**

Mark Leddy
Patricia M. McDermott
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
9th Floor
Washington, DC 20006
　202/974-1500
　202/974-1999(Fax)

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
　212/225-2000
　212/225-3999(Fax)

Stewart M. Gisser
Associate General Counsel
Schindler Elevator Corporation (Legal Department)
20 Whippany Road
Morristown, NJ 07960-1935
　973/397-6580
　973/397-6574(Fax)

A. Paul Victor
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
　212/310-8000
　212/310-8007(Fax)

**Counsel For Plaintiff(s)**

Daniel L. Rottinghaus
Jeffrey B. Cereghino
Steven R. Weinmann
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507
　925/838-2090
　925/820-5592(Fax)

James G. Stranch, III
C. Dewey Branstetter, Jr.
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN 37201-1631
　615/254-8801
　615/255-5419(Fax)

Nadeem Faruqi
Antonio Vozzolo
Beth A. Keller
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
　212/983-9330
　212/983-9331(Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
　212/490-9550
　212/986-0158(Fax)

ELEVATORS NY
Service List - 11/5/2004   (04-0160)
Page 2 of 2

Mark Solomon
Bonny E. Sweeney
William J. Doyle II
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423(Fax)

Brian J. Robbins
Robbins Umeda & Fink, LLP
1010 Second Avenue, Suite 2360
San Diego, CA 92101
  619/525-3990
  619/525-3991(Fax)

Joe R. Whatley, Jr.
Glenn M. Connor
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL 35203
  205/328-9576
  205/328-9669(Fax)

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLC
656 West Randolph Street, Suite 500W
Chicago, IL 60661
  312/466-9200
  312/466-9292(Fax)

Fred T. Isquith
Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
  212/545-4600
  212/545-4653(Fax)