| Attorney or Party without Attorney:<br>Curtis V. Trinko, Esq.<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036<br>Attorney for: Plaintiff | Telephone No.: | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>20567 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court-southern District Of New York

Plaintiff: OLEN COMMERICAL REALTY CORPORATION, ET AL
Defendant: UNITED TECHNOLOGIES CORPORATION, ET AL

| AFFIDAVIT OF SERVICE<br>(Summons In A Civil Case;) | Hearing Date: | Time: | Dept/Div | Case Number:<br>04CV5662ECF |
|---|---|---|---|---|

1. At the time of service I was at least 18 Years of age and not a party to this action.

2. I served copies of the:
   Summons In A Civil Case; Exhibit A; Complaint.

3. a. Party Served: THYSSEN KRUPP ELEVATOR CORP. (Defendant)

   b. Person Served: SUSAN PATKO-EXECUTIVE ASSISTANT- PERSON AUTHORIZED BY THE CORPORATION TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served:
   15141 E. WHITTIER BLVD.
   SUITE #420
   WHITTIER, CA

5. I served the party:
   a. **by personal service** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, Sep. 14, 2004 (2) at: 10:05AM

7. Person who served the papers:
   a. GARY HANSEN C.C.P.S.
   b. 1ST NATIONWIDE LEGAL SERVICES, I
      501 12TH STREET
      SACRAMENTO, CA 95814-2822
   c. (916) 449-8990

   The Fee for service was:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.



6. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State, Sep. 15, 2004

   My Commission Expires: ▶ 7-14-2007
   (Date)

   ▶ Rachael Bodnar
   (Notary public)

   8990.105836