UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
IN RE ELEVATOR ANTITRUST                                :   Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                                              :
                                                        :   STIPULATION TO EXTEND TIME TO
                                                        :   ANSWER OR OTHERWISE MOVE
                                                        :
                                                        :
                                                        :
------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the time in which defendants United Technologies Corporation, Otis Elevator Company, Kone Corporation, Kone Inc., Schindler Holding Ltd., Schindler Elevator Corporation, ThyssenKrupp AG, ThyssenKrupp Elevator Corporation, and Thyssen Elevator Capital Corporation shall appear, answer, move, or otherwise respond to the above-captioned action be, and the same hereby is, extended to and including January 17, 2005.

It is further agreed that this stipulation shall not have the effect of making any defendant a party to an action in which it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure. It is also agreed that, by signing this stipulation, the parties have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses either by motion or otherwise. The moving defendants have authorized undersigned counsel for United Technologies Corporation and Otis Elevator Company to sign this stipulation on their behalf.

Dated: New York, New York
       December 14, 2004

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

By: _____
Fred T. Isquith (FI-6782)
Mary Jane Fait
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Telecopier: (212) 686-0114

and

William S. Lerach
Mark Solomon
Bonny E. Sweeney
William J. Doyle, II
David W. Mitchell
Christopher Burke
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
401 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 231-1058
Telecopier: (619) 231-7423

*Attorneys for Plaintiffs*
*In re Elevator Antitrust Litigation*

CLEARY, GOTTLIEB, STEEN & HAMILTON

By: _____
Mitchell A. Lowenthal (ML-2541)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Telecopier: (212) 225-3999

and

Mark Leddy
Patricia M. McDermott
2000 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 974-1500
Telecopier: (202) 974-1999

*Attorneys for Defendants*
*United Technologies Corporation and*
*Otis Elevator Company*


Michael Evan Jaffe
Gerald Zingone
Thelen Reid & Priest LLP
701 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C.  20004
Telephone: (202) 508-4000
Telecopier: (202) 508-4321

*Attorneys for Defendants*
*Kone Corporation and*
*Kone Inc.*

Kenneth M. Kramer
Jerome S. Fortinsky
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022
Telephone: (212) 848-4000
Telecopier: (212) 848-7179

*Attorneys for Defendants
Schindler Elevator Corporation and
Schindler Holding Ltd.*


Terry Myers
Anthony A. Dean
Thomas R. Valen
Gibbons, Del Deo, Dolan, Griffinger &
Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, New York  10119
Telephone: (212) 649-4700
Telecopier: (202) 333-5980

*Attorneys for Defendant
ThyssenKrupp AG*


A. Paul Victor
Scott Martin
Christopher V. Roberts
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Telecopier: (212) 310-8007

*Attorneys for Defendants
Thyssen Elevator Capital Corporation and
ThyssenKrupp Elevator Corporation*


SO ORDERED:


Date: _____            _____
                                 United States District Judge