UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ELEVATORS ANTITRUST
LITIGATION

1:01-cv-01178-TPG

NOTICE OF FILING OF ORDER, PURSUANT TO 28 U.S.C. § 1407, OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION DATED DECEMBER 7, 2004

Attached is the Order, dated December 7, 2004, of the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. § 1407.

Dated: December 14, 2004

**Wolf Haldenstein Adler Freeman & Herz LLP**

By: _____
Fred Taylor Isquith
270 Madison Avenue
New York, N.Y. 10016
(212) 545-4600