# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT°
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL

SYMPHONY TOWERS
750 B STREET - SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 WEST RANDOLPH STREET, SUITE 500W
CHICAGO, IL 60661
312-466-9200

DIRECT DIAL (212) 545-4690
FACSIMILE (212) 545-4653
isquith@whafh.com

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL▫
LINDA A. REDLISKY
NANCY S. PITKOFSKY°
STEVEN D. SLADKUS°
JULIE A. FOX‡
MICHAEL C. MULÉ°
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG°
SCOTT J. FARRELL°
KATE M. McGUIRE
LAUREN P. KRAUS°
GUSTAVO BRUCKNER°
STACEY T. KELLY°
RONNIE BRONSTEIN
PAULETTE S. FOX°
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ°
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JESSICA HOFF♦

ALSO ADMITTED
*FLA., †CAL., °N.J., ♦IL.
ONLY ADMITTED
▽CA, ‡IL, ▫VA, ◊NJ & PA, •CT

December 14, 2004

To All Counsel On Attached Service List:

Re: *In re Elevator Antitrust Litigation (04-CV-01178-TPG)*
    *In re Elevator & Escalator Antitrust Litigation (MDL Docket No. 1644)*

Dear Counsel:

    We are co-lead counsel in the Elevators Antitrust Litigation pending before Judge Griesa in the United States District Court for the Southern District of New York.

    Pursuant to the Order of the Judicial Panel on Multidistrict Litigation, filed December 7, 2004, it is my understanding that an action filed in a district other than the Southern District of New York in which you represent a party was ruled related to those pending in the Southern District of New York and transferred to that District and assigned to Judge Griesa.

    Pursuant to Judge Griesa's Order of August 27, 2004, among other things, "any additional antitrust class actions subsequently filed in or removed or transferred to this District which arise out of related facts and claims as alleged in these consolidated actions are subject to this Order and shall be consolidated with this consolidated action under the above stated caption and Master Docket No. for all purposes if, as, and when the Court is apprised of them."

    Pursuant to Judge Griesa's Order of September 16, 2004, a consolidated complaint was filed.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

December 14, 2004
Page 2

      A copy of the two Orders referred to and the consolidated complaint are enclosed for your reference.

                                      Very truly yours,

                                      Fred Taylor Isquith
                                      Wolf Haldenstein Adler Freeman
                                          & Herz LLP

                                      Mark Solomon
                                      Lerach Coughlin Stoia Geller
                                          Rudman & Robbins

FTI/fb/386885

SDNY DOCKET NO. 1:04-cv-01178-TPG
ELEVATOR AND ESCALATOR ANTITRUST LITIGATION SERVICE LIST

| | |
|---|---|
| Fred T. Isquith<br>Mary Jane Fait<br>Alexander H. Schmidt<br>WOLF HALDENSTEIN ADLER FREEMAN<br>& HERZ, LLP<br>270 West Madison Avenue<br>New York, New York<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>***Counsel for Plaintiffs 1775 Housing Associates, Triangle Housing Associates, Riverbay Corporation, and Rochdale Village, Inc.*** | Mark Solomon<br>Bonny E. Sweeney<br>Christopher M. Burke<br>William J. Doyle II<br>David W. Mitchell<br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>***Counsel for Plaintiffs Transhorn, Ltd., D.F. Chase, Inc., Bay Crest Condominium Association, and Olen Commercial Realty Corporation*** |
| Joe R. Whatley, Jr.<br>Glenn M. Connor<br>Richard P. Rouco<br>WHATLEY DRAKE, LLC<br>2323 2nd Avenue, North<br>P.O. Box 10647<br>Birmingham, Alabama 35203-0647<br>Telephone: (205) 328-9576<br>Facsimile: (205) 328-9669<br>***Counsel for Plaintiff Birmingham Building Trades Towers, Inc.*** | Nadeem Faruqi<br>Antonio Vozzolo<br>Beth Ann Keller<br>FARUQI & FARUQI, LLP<br>320 East 39th Street<br>New York, New York 10016<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>***Counsel for Plaintiff Birmingham Building Trades Towers, Inc.*** |
| James G. Stranch, III<br>C. Dewey Branstetter<br>J. Gerard Stranch<br>BRANSTETTER, KILGORE, STRANCH &<br>JENNINGS<br>227 Second Avenue, North – 4th Floor<br>Nashville, Tennessee 37201-1631<br>Telephone: (615) 254-8801<br>Facsimile: (615) 255-5419<br>***Counsel for Plaintiff D.F. Chase, Inc.*** | Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>Steven R. Weinman<br>BERDING & WEIL, LLP<br>3420 Stone Valley Road West<br>Alamo, California 94507<br>Telephone: (925) 838-2090<br>Facsimile: (925) 820-5592<br>***Counsel for Plaintiff Olen Commercial Realty Corporation*** |
| | |

6244

| | |
|---|---|
| Jeffrey H. Lowenthal<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street, Third Floor, Suite 300<br>San Francisco, California 94111<br>Telephone: (415) 421-3400<br>Facsimile: (415) 421-2234<br>***Counsel for Plaintiffs Mountain Bay<br>  Construction, Inc. and 435 Pacific Inc.*** | Curtis Victor Trinko<br>LAW OFFICES OF<br>CURTIS V. TRINKO, LLP<br>16 West 46th Street, Seventh Floor<br>New York, New York 10036<br>Telephone: (212) 490-9550<br>Facsimile: (212) 986-0158<br>***Counsel for Plaintiffs Mountain Bay<br>  Construction, Inc. and 435 Pacific Inc.*** |
| Lester L. Levy, Sr.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093<br>***Counsel for Plaintiffs Towers of Coral<br>  Springs, Ltd., 181 Maple Avenue Associates,<br>  and Lenox Road Associates*** | Ann D. White<br>Jayne A. Goldstein<br>MAGER WHITE & GOLDSTEIN LLP<br>One Pitcairn Place<br>165 Township Line Road<br>Jenkintown, Pennsylvania 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271<br>***Counsel for Plaintiff Towers of Coral<br>  Springs, Ltd.*** |
| Brian J. Robbins<br>ROBBINS UMEDA & FINK, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, California 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>***Counsel for Plaintiff Birmingham Building<br>  Trades Towers, Inc.*** | Michael Evan Jaffe<br>THELEN REID & PRIEST LLP<br>701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C. 20004<br>Telephone: (202) 508-4000<br>Facsimile: (202) 508-4321<br>***Counsel for Defendants Kone Inc.<br>  and Kone Corp.*** |
| Deborah M. Buell<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>***Counsel for Defendants Otis Elevator Co.<br>  and United Technologies Corp.*** | Pat M. McDermott<br>Mark Leddy<br>CLEARY, GOTTLIEB, STEEN &<br>HAMILTON<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, D.C. 20006<br>Telephone: (202) 974-1500<br>Facsimile: (202) 974-1999<br>***Counsel for Defendants Otis Elevator Co.<br>  and United Technologies Corp.*** |
| | |

| | |
|---|---|
| Allan Paul Victor<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>**Counsel for Defendants Thyssen Elevator Capital Corporation, Thyssenkrupp Elevator Capital Corporation, and Thyssenkrup Elevator Corporation** | *Thyssenkrupp AG*<br>*Thyssenkrupp Elevator AG*<br>Attn: Legal Department<br>August-Thyssen-Strasse 1<br>40221<br>Dusseldorf, GERMANY |
| Kenneth M. Kramer<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Telephone: (212) 848-4900<br>Facsimile: (212) 848-7179<br>**Counsel for Defendant Schindler Elevator Corporation** | Stewart M. Gisser<br>Associate General Counsel<br>SCHINDLER ELEVATOR CORPORATION<br>20 Whippany Road<br>Morristown, New Jersey 07960-1935<br>Telephone: (973) 397-6580<br>Facsimile: (973) 397-6574<br>**Counsel for Defendant Schindler Elevator Corporation** |
| *Schindler Holding, Ltd.*<br>Attn: Legal Department<br>Seestrasse 55<br>CH-6052 Hergiswil<br>Nidwalden, SWITZERLAND | |

380975  3