A CERTIFIED TRUE COPY

DEC - 9 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 9 2004

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

DOCKET NO. 1653

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE PARMALAT SECURITIES LITIGATION*

*BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN,[*] D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

*TRANSFER ORDER*

This litigation presently consists of four actions listed on the attached Schedule A as follows: three actions in the Southern District of New York and one action in the Northern District of Illinois.[1] Before the Panel is a motion, pursuant to 28 U.S.C. § 1407, by defendant Deloitte Touche Tohmatsu (DTT) to centralize these actions for coordinated or consolidated pretrial proceedings. The Grant Thornton[2] and Citigroup[3] defendants support the motion. Plaintiff in the Illinois action – Dr. Enrico Bondi (Bondi), Parmalat's[4] Italian Extraordinary Commissioner – opposes inclusion of his action in MDL-1653 proceedings or asks the Panel to defer its Section 1407 ruling pending a ruling by the Illinois court on his pending motion to remand to state court. If the Panel deems centralization appropriate, Bondi suggests the Northern District of Illinois as transferee district.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization in the Southern District of New York will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual questions arising from alleged misrepresentations or omissions concerning Parmalat's financial condition and its 2003 insolvency. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial

---

[*] Judges Hodges, Keenan, and Motz took no part in the decision of this matter.

[1] One action on the MDL-1653 motion – *Dr. Enrico Bondi v. Citigroup, Inc., et al.*, D. New Jersey, C.A. No. 2:04-4373 – was remanded to New Jersey state court on November 17, 2004. Accordingly, the question of inclusion of this action in Section 1407 pretrial proceedings is moot.

The Panel has been notified that one potentially related action has recently been filed in the Western District of North Carolina. This action and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

[2] Grant Thornton International and Grant Thornton LLP.

[3] Citigroup, Inc., Citibank, N.A., Vialattea LLC, Buconero LLC, and Eureka PLC.

[4] Parmalat S.p.A., Parmalat Finanziaria S.p.A., and other affiliated companies are collectively referred to as Parmalat.