UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
IN RE ELEVATOR ANTITRUST            :        Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                                        :
                                                           :        NOTICE OF CHANGE OF FIRM NAME
                                                           :        AND CHANGE OF LEGAL STATUS
                                                           :
                                                           :
---------------------------------------------------------- x

PLEASE TAKE NOTICE THAT effective January 1, 2005, Cleary, Gottlieb, Steen & Hamilton registered as a New York limited liability partnership and changed its name and legal status to Cleary Gottlieb Steen & Hamilton LLP. All future references to the firm in this matter should be Cleary Gottlieb Steen & Hamilton LLP. The firm's and its lawyers' addresses, phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: New York, NY
January 4, 2005

Respectfully submitted,

_(signature)_
Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Telephone: (212) 225-2770
Telecopier: (212) 225-3999

*Attorney for Defendants*
*United Technologies Corporation and*
*Otis Elevators Company*

<u>Certificate of Service</u>

I hereby certify, that on this date I caused a copy of Defendant's Notice of change of Firm Name to be served by first-class mail on all attorneys on the attached Service List in accordance with the rules of this Court, on the 4th day of January 2005.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Richard V. Conza
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Telephone: (212) 225-3460
Telecopier: (212) 225-3999

*Attorney for Defendants*
*United Technologies Corporation and*
*Otis Elevators Company*

Service List

Michael J. Boni
Kohn, Swift & Graf, P.C
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389

*Counsel for Plaintiff Parkway Corporation*

W. Joseph Bruckner
Lockridge, Grindal & Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

*Counsel for Plaintiff Wrightsville Builders, Inc.*

Christopher M. Burke
Lerach Coughlin Stoia Geller & Robbins
401 B Street
Suite 1700
San Diego, CA 92101

*Counsel for Plaintiffs 435 Pacific Inc., Bay Crest Condominium Association, D.F. Chase, Inc., Mountain Bay Construction, Inc., Olen Commercial Realty Corp., and Transhorn Ltd.*

Marc E. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901-4223

*Counsel for Plaintiff Kings Village Corp.*

Michael G. Nast
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601

*Counsel for Plaintiff Downtowner Hotel & Spa*

Richard P. Rouco
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-0647

*Counsel for Plaintiff Birmingham Building Trades Towers, Inc.*

Warren Rubin
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

*Counsel for Plaintiff Mason on Main Street dba Mason on Main Associates*

Kenneth M. Kramer
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*Counsel for Defendants Schindler Holding Ltd. and Schindler Elevator Corporation*

Kenneth G. Gilman
Gilman & Pastor, L.L.P.
Newgate Tower
Suite 602
5150 North Tamiami Trail
Naples, FL 34103

*Counsel for Plaintiff Executive Development Corp. and Benderson Development Company, Inc.*

Fred T. Isquith, Sr.
Wolf Haldenstien Alder Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016

*Counsel for Plaintiffs 1775 Housing Associates, Riverbay Corp., Rochdale Village, Inc., Triangle Housing Associates, L.P.*

Lester L. Levy, Sr.
Wolf Popper, LLP
845 Third Avenue
New York, NY 10022

*Counsel for Plaintiffs 181 Maple Avenue Associates, Lenox Road Associates, Tower of Coral Springs, Ltd.*

Joel C. Meredith
Meredith, Cohen, Greenfogel & Skirnick, P.C.
117 South 17th Street, 22nd Floor
Philadelphia, PA 19103

*Counsel for Plaintiff Mulberry Court Assoc.*

Joseph Goldberg
Freedman Boyd Daniels Hollander & Goldberg P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

*Counsel for Plaintiff Prairie Oaks Ltd. Partnership 2*

A. Paul Victor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

*Counsel for Defendants Thyssen Elevator Capital Corp. and ThyssenKrupp Elevator Corp.*

Gerald Zingone
Thelen Reid & Priest LLP
701 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20004

*Counsel for Defendants Kone Corp., Kone, Inc., and Montgomery Kone Inc.*

Kendall S. Zylstra
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

*Counsel for Joseph M. Bernnardi (dba Nedmac Associates, Inc. dba Building Supers of Camden, In.)*

Terry Myers
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

*Counsel for Defendant ThyssenKrupp AG*

Daniel E. Gustafson
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

*Counsel for Plaintiff Prairie Oaks Ltd. Partnership 2*