## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644<br><br>Master Docket No. 1:04CV 01178 (TPG) (ECF CASE)<br><br>**DECLARATION OF SERVICE** |

 Felicia Barnes, hereby declares that on January 5, 2005, I caused to be served by regular mail on all persons listed on the attached service list the following document:

 *Response For Motions For Admission Pro Hac Vice*
 *of Mark Leddy and Leah Brannon*

Dated: January 5, 2005
 New York, NY

 _____
 Felicia Barnes

383119

SDNY DOCKET NO. 1:04-cv-01178-TPG
ELEVATOR AND ESCALATOR ANTITRUST LITIGATION SERVICE LIST

| | |
|---|---|
| Fred T. Isquith<br>Mary Jane Fait<br>Alexander H. Schmidt<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP<br>270 West Madison Avenue<br>New York, New York<br>Telephone: (212) 545-4600<br>Facsimile: (212) 545-4653<br>*Counsel for Plaintiffs 1775 Housing Associates, Triangle Housing Associates, Riverbay Corporation, and Rochdale Village, Inc.* | Mark Solomon<br>Bonny E. Sweeney<br>Christopher M. Burke<br>William J. Doyle II<br>David W. Mitchell<br>LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>*Counsel for Plaintiffs Transhorn, Ltd., D.F. Chase, Inc., Bay Crest Condominium Association, and Olen Commercial Realty Corporation* |
| Joe R. Whatley, Jr.<br>Glenn M. Connor<br>Richard P. Rouco<br>WHATLEY DRAKE, LLC<br>2323 2nd Avenue, North<br>P.O. Box 10647<br>Birmingham, Alabama 35203-0647<br>Telephone: (205) 328-9576<br>Facsimile: (205) 328-9669<br>*Counsel for Plaintiff Birmingham Building Trades Towers, Inc.* | Nadeem Faruqi<br>Antonio Vozzolo<br>Beth Ann Keller<br>FARUQI & FARUQI, LLP<br>320 East 39th Street<br>New York, New York 10016<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>*Counsel for Plaintiff Birmingham Building Trades Towers, Inc.* |
| James G. Stranch, III<br>C. Dewey Branstetter<br>J. Gerard Stranch<br>BRANSTETTER, KILGORE, STRANCH & JENNINGS<br>227 Second Avenue, North – 4th Floor<br>Nashville, Tennessee 37201-1631<br>Telephone: (615) 254-8801<br>Facsimile: (615) 255-5419<br>*Counsel for Plaintiff D.F. Chase, Inc.* | Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>Steven R. Weinman<br>BERDING & WEIL, LLP<br>3420 Stone Valley Road West<br>Alamo, California 94507<br>Telephone: (925) 838-2090<br>Facsimile: (925) 820-5592<br>*Counsel for Plaintiff Olen Commercial Realty Corporation* |
| Mark E. Edelson<br>Hoffman & Edelson<br>45 W. Court Street<br>Doylestown, PA 18901-4223<br>*Counsel for Plaintiff Kings Village Corp.* | Kenneth G. Gilman<br>Gilman & Pastor L.L.P.<br>Newgate Tower, Suite 602<br>5150 North Taniami Trail<br>Naples, FL 34103<br>*Counsel for Plaintiff Executive Development Corp. And Benderson Development Co., Inc.* |

6244

| | |
|---|---|
| Jeffrey H. Lowenthal<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street, Third Floor, Suite 300<br>San Francisco, California 94111<br>Telephone: (415) 421-3400<br>Facsimile: (415) 421-2234<br>***Counsel for Plaintiffs Mountain Bay***<br>  ***Construction, Inc. and 435 Pacific Inc.*** | Curtis Victor Trinko<br>LAW OFFICES OF<br>CURTIS V. TRINKO, LLP<br>16 West 46th Street, Seventh Floor<br>New York, New York 10036<br>Telephone: (212) 490-9550<br>Facsimile: (212) 986-0158<br>***Counsel for Plaintiffs Mountain Bay***<br>  ***Construction, Inc. and 435 Pacific Inc.*** |
| Lester L. Levy, Sr.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093<br>***Counsel for Plaintiffs Towers of Coral***<br>  ***Springs, Ltd., 181 Maple Avenue Associates,***<br>  ***and Lenox Road Associates*** | Ann D. White<br>Jayne A. Goldstein<br>MAGER WHITE & GOLDSTEIN LLP<br>One Pitcairn Place<br>165 Township Line Road<br>Jenkintown, Pennsylvania 19046<br>Telephone: (215) 481-0273<br>Facsimile: (215) 481-0271<br>***Counsel for Plaintiff Towers of Coral***<br>  ***Springs, Ltd.*** |
| Michael J. Boni<br>Kohn Swift & Graf, P.C.<br>One South Broad Street, Suite 2100<br>Philadelphia, PA 19107-3389<br>***Counsel for Plaintiff Parkway Corporation*** | Roda & Nast<br>801 Estelle Drive<br>Lancaster, PA 17601<br>***Counsel for Plaintiff Downtowner***<br>***Hotel & Spa*** |
| Joel C. Meredith<br>Meredith, Cohen, Greenfogel & Skirnick, P.C.<br>117 South 17th Street, 22nd Floor<br>Philadelphia, PA 19103<br>***Counsel for Plaintiff Mulberry Court***<br>***Association*** | Joseph Goldberg<br>Freedman Boyd Daniels Hollander & Goldberg P.A.<br>20 First Plaza, Suite 700<br>Alburquerque, NM 87102<br><br>Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>725 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br><br>***Counsel for Plaintiff Prairie***<br>***Oaks Ltd. Partnership 2*** |
| Brian J. Robbins<br>ROBBINS UMEDA & FINK, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, California 92101<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br>***Counsel for Plaintiff Birmingham Building***<br>  ***Trades Towers, Inc.*** | Kendall S. Zylstra<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004<br><br>***Counsel for Plaintiff Joseph M. Bernnardi***<br>***(dba Nedmac Associates Inc. dba Building***<br>***Supers of Camden, Inc.*** |

380975                                                                 2

| | |
|---|---|
| Deborah M. Buell<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON LLP<br>One Liberty Plaza<br>New York, New York  10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br>***Counsel for Defendants Otis Elevator Co.***<br>   ***and United Technologies Corp.*** | Patricia M. McDermott<br>Mark Leddy<br>CLEARY, GOTTLIEB, STEEN &<br>HAMILTON LLP<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, D.C.  20006<br>Telephone:  (202) 974-1500<br>Facsimile:  (202) 974-1999<br>***Counsel for Defendants Otis Elevator Co.***<br>   ***and United Technologies Corp.*** |
| Allan Paul Victor<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>***Counsel for Defendants Thyssen Elevator***<br>   ***Capital Corporation, Thyssenkrupp Elevator***<br>   ***Capital Corporation, and Thyssenkrup***<br>   ***Elevator Corporation*** | Terry Myers<br>Gibbons, Del Deo, Dolan , Griffinger &<br>Vecchione, P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, N.Y. 10119<br><br>***Counsel for Defendants ThyssenKrupp AG*** |
| Kenneth M. Kramer<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York  10022-6069<br>Telephone:  (212) 848-4900<br>Facsimile:  (212) 848-7179<br>***Counsel for Defendant Schindler Elevator***<br>   ***Corporation*** | Stewart M. Gisser<br>Associate General Counsel<br>SCHINDLER ELEVATOR CORPORATION<br>20 Whippany Road<br>Morristown, New Jersey  07960-1935<br>Telephone:  (973) 397-6580<br>Facsimile:  (973) 397-6574<br>***Counsel for Defendant Schindler Elevator***<br>   ***Corporation*** |
| ***Schindler Holding, Ltd.***<br>Attn:  Legal Department<br>Seestrasse 55<br>CH-6052 Hergiswil<br>Nidwalden, SWITZERLAND | Michael Evan Jaffe<br>THELEN REID & PRIEST LLP<br>701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C.  20004<br>Telephone:  (202) 508-4000<br>Facsimile:  (202) 508-4321<br>***Counsel for Defendants Kone Inc.***<br>   ***and Kone Corp.*** |

380975                                         3