UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ELEVATOR AND ESCALATOR
ANTITRUST LITIGATION

                 Plaintiff(s),

-against-

                 Defendant(s).



MDL No. 1644

Master Docket No. 1:04 CV 01178 (TPG)
(ECF CASE)

RESPONSE FOR MOTIONS FOR
ADMISSION PRO HAC VICE OF MARK
LEDDY AND LEAH BRANNON

Pursuant to Orders of this Court, lead counsel on behalf of the plaintiffs in the consolidated In re Elevator and Escalator Antitrust Litigation advises the Court that plaintiffs do not oppose the Motions for Admission Pro Hac Vice of Mark Leddy and Leah Brannon, dated December 30, 2004.

Dated: January 4, 2005

                                              WOLF HALDENSTEIN ADLER
                                                 FREEMAN & HERZ LLP

                                                 By: _____
                                                      Fred Taylor Isquith
                                           270 Madison Avenue
                                           New York, N.Y. 10016
                                           (212) 545-4600

                                           LERACH COUGHLIN STOIA
                                                RUDMAN GELLER & ROBBINS

                                                 By: _____
                                                      Christopher M. Burke
                                           401 B Street, Suite 1700
                                           San Diego, CA 92101

388401