# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                                             :
                                                             :
                                                             :
In re ELEVATOR AND ESCALATOR                                 :
ANTITRUST  LITIGATION                                        :    MDL No. 1644
                                                             :
                                                             :
                                                             :
                                                             :    RULE 7.1 STATEMENT of
                                                             :    THYSSENKRUPP AG
                                                             :
-------------------------------------------------------------x
                                                             :
In re ELEVATOR ANTITRUST LITIGATION                          :    Master Docket No.
                                                             :    1:04 CV 01178 (TPG)
                                                             :
-------------------------------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ThyssenKrupp AG (a private non-governmental party) certifies that: (1) ThyssenKrupp AG has no parent corporation and (2) no publicly held corporation owns 10% or more of the stock of ThyssenKrupp AG.

Dated: January 11, 2005

                                        GIBBONS, DEL DEO, DOLAN,
                                        GRIFFINGER & VECCHIONE, P.C.
                                        One Pennsylvania Plaza
                                        37th Floor
                                        New York, NY 10119-3701
                                        (212) 649-4700

                                        ___/s **Terry Myers**_____
                                          Terry Myers (TM-3083)

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2005, I caused the foregoing document to be filed with the Clerk of the Court and to be served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon:

| | |
|---|---|
| Curtis V. Trinko, Esq.<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, 7th Floor<br>New York, NY 10036 | Christopher Burke, Esq.<br>William S. Lerach, Esq<br>Mark Soloman, Esq<br>Bonnie Sweeney, Esq.<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1700<br>San Diego, CA 92101 |

*Counsel for Plaintiffs Transhorn Ltd., D.F. Chase, Inc., Mountain Bay Construction and 435 Pacific*

| | | |
|---|---|---|
| Nadeem Faruqi, Esq.<br>Antonio Vozzolo, Esq.<br>Beth A. Keller, Esq.<br>Faruqi & Faruqi<br>320 East 39th Street<br>New York, NY 10016 | Glenn M. Connor, Esq.<br>Richard P. Rouco, Esq.<br>Watley Drake LLC<br>2323 Second Avenue North<br>Birmingham, AL 35203 | Brian J. Robbins, Esq.<br>Robbins Umeda & Fink, LLP<br>1020 Second Avenue<br>Suite 2360<br>San Diego, CA 92101 |

*Counsel for Plaintiff Birmingham Building Trades Tower, Inc.*

| | |
|---|---|
| Fred Taylor Isquith, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 | Mary Jane Fait, Esq.<br>656 W. Randolph Street<br>Suite 500 West<br>Chicago, IL 60661 |

*Counsel for Plaintiffs 1775 Housing Associates, Triangle Housing Associates, Rochdale Village, Inc., Riverbay Corp.*

David W. Sufrin, Esq.
Sufrin Zucker Steinberg & Wixted
Suite 503, Parkade Building
519 Federal Street
Camden, NJ 08103

*Counsel for Plaintiffs Joseph M. Bennardi, et al.*

Joseph C. Kohn, Esq.
Michael J. Boni, Esq.
William E. Hoese, Esq.
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
*Counsel for Plaintiff Parkway Corporation*

Bernard M. Gross, Esq.
Warren Rubin, Esq.
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street, Second Floor
Philadelphia, PA 19102
*Counsel for Plaintiff Mason on Main Street*

Kenneth M. Gilman, Esq.
Gilman & Pastor, LLP
Newgate Tower
5150 N. Tamiami Trail, Suite 602
Naples, FL 34103
*Counsel for Plaintiff Executive Development Corporation*

Mark Edelson, Esq.
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901
*Counsel for Plaintiff King Village Corporation*

Joseph W. Bruckner, Esq.
Lockridge, Grindal & Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
*Counsel for Plaintiff Wrightsville Builders, Inc.*

Diane M. Nast, Esq.
Michael G. Nast, Esq.
Roda Nast
801 Estelle Drive
Lancaster, PA 17601
*Counsel for Plaintiffs Parkway Corporation, Wrightsville Builders, Inc. and Downtowner Hotel & Spa*

Michael L. Roberts, Esq.
Roberts Law Firm, P.A.
P.O. Box 241790
20 Rahling Circle
Little Rock, AK 72223-1790
*Counsel for Plaintiff Downtowner Hotel & Spa*

Joel C. Meredith, Esq.
Meredith Cohen Greenfogel & Skirnick, P.C.
Architect's Building, 22nd Floor
117 South 17th Street
Philadelphia, PA 19103
*Counsel for Plaintiff Mulberry Court Associates*

Lester L. Levy, Sr., Esq.
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
*Counsel for Plaintiffs Towers of Coral Gables, Ltd., et al., 181 Maple Avenue Associates, Lenox Rd. Associates*

Daniel L. Rottinghaus, Esq.
Jeffrey B. Cereghino, Esq.
Steven R. Weinmann, Esq.
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA 94507-1558
*Counsel for Plaintiffs Bay Crest Condominium Association and Olen Commercial Realty Corporation*

Walter A. Twachtman, Jr., Esq.
John H. Grasso, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building 3
Glastonbury, CT 06033
*Counsel for Plaintiff Benderson Development Company, Inc.*

Mark Leddy, Esq.
Patricia M. McDermott, Esq.
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Washington D.C. 20006
*Counsel for Defendants United Technologies Corporation and Otis Elevator Company*

Kenneth M. Kramer, Esq.
Jerome S. Fortinsky, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendants Schindler Elevator Corporation and Schindler Holding, Ltd.*

A. Paul Victor, Esq.
Christopher V. Roberts, Esq.
Scott Martin, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Defendants Thyssen Elevator Capital Corp., ThyssenKrupp Elevator Capital Corp. and ThyssenKrupp Elevator Corporation*

Joseph Goldberg, Esq.
Freedman Boyd Daniels Hollander & Goldberg, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
*Counsel for Plaintiff Prairie Oaks Ltd. Partnership 2*

Gerald Zingone, Esq.
Veronica Rendon, Esq.
Michael Evan Jaffe, Esq.
Thelen Reid & Priest
825 Third Avenue
New York, NY 10022-6225
*Counsel for Defendants Kone Corporation and Kone Inc.*

Daniel E. Gustafson, Esq.
Renae D. Steiner, Esq.
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
*Counsel for Plaintiff Prairie Oaks Ltd. Partnership 2*

Kendall S. Zylastra, Esq.
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
*Counsel for Plaintiff Joseph M. Bernnardi (d/b/a Nedmac Associates, Inc. and d/b/a Building Supers of Camden, Inc.)*

                                                ___/s **Terry Myers**_____
                                                    Terry Myers (TM-3083)