UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644 |
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04 CV 01178 (TPG) (ECF CASE)<br><br>CORPORATE DISCLOSURE STATEMENT OF THYSSEN ELEVATOR CAPITAL CORP.<br>(Electronically Filed) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Thyssen Elevator Capital Corp. ("TECC") hereby discloses that it is 100% owned by ThyssenKrupp Elevator Corp., which is 100% owned by ThyssenKrupp Elevator Holding Corp., which is 100% owned by ThyssenKrupp U.S.A., Inc., which is 100% owned by ThyssenKrupp AG, a German corporation whose shares are publicly traded on certain exchanges in Europe. No other publicly held corporation owns 10% or more of the stock of TECC.

Dated:   New York, NY
         January 12, 2005

By:                         s/ Scott Martin
                     A. Paul Victor (AV-0363)
                     Scott Martin (SM-7373)
                     Christopher V. Roberts (CR-2967)
                     WEIL, GOTSHAL & MANGES LLP
                     767 Fifth Avenue
                     New York, NY 10153-0119
                     Telephone: (212) 310-8000
                     Facsimile: (212) 310-8007

                     *Attorneys for Defendant Thyssen Elevator Capital Corp.*