UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644 |
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04 CV 01178 (TPG) (ECF CASE)<br><br>CORPORATE DISCLOSURE STATEMENT OF THYSSENKRUPP ELEVATOR CORP.<br>(Electronically Filed) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ThyssenKrupp Elevator Corp. hereby discloses that itis 100% owned by ThyssenKrupp Elevator Holding Corp., which is 100% owned by ThyssenKrupp U.S.A., Inc., which is 100% owned by ThyssenKrupp AG, a German corporation whose shares are publicly traded on certain exchanges in Europe. No other publicly held corporation owns 10% or more of the stock of ThyssenKrupp Elevator Corp.

Dated:   New York, NY
         January 12, 2005
By:                               s/ Scott Martin
                                  A. Paul Victor (AV-0363)
                                  Scott Martin (SM-7373)
                                  Christopher V. Roberts (CR-2967)
                                  WEIL, GOTSHAL & MANGES LLP
                                  767 Fifth Avenue
                                  New York, NY  10153-0119
                                  Telephone:  (212) 310-8000
                                  Facsimile:  (212) 310-8007

                                  *Attorneys for DefendantThyssenKrupp Elevator Corp.*