UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
:
IN RE ELEVATOR AND ESCALATOR         :   MDL No. 1644
ANTITRUST LITIGATION                 :
:
:
------------------------------------------------------------x
:
:   Master Docket No. 1:04 CV 01178 (TPG)
:   (ECF CASE)
IN RE ELEVATOR ANTITRUST LITIGATION  :
:   [PROPOSED] ORDER GRANTING
:   MOTION FOR ADMISSION PRO
:   HAC VICE OF ELIZABETH DAHL
:
------------------------------------------------------------x

The motion for admission of Counsel pro hac vice to the bar of this Court having come before this Court on the ___11___ day of __January__, 2005, and the Court having considered the motion, it is hereby

ORDERED that Elizabeth Dahl is admitted pro hac vice to the bar of this Court for purposes of appearance and participation in this action, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court.

Dated: 01/11/05

By the Court:

_Thomas P. Griesa_
Thomas P. Griesa
United States District Judge

C:\Documents and Settings\jbarretto\Local Settings\Temporary I