UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
IN RE ELEVATOR AND ESCALATOR        :   MDL No. 1644
ANTITRUST LITIGATION                :
:
:
------------------------------------------------------------x
:
:   Master Docket No. 1:04 CV 01178 (TPG)
:   (ECF CASE)
IN RE ELEVATOR ANTITRUST LITIGATION :
:   NOTICE OF MOTION FOR
:   ADMISSION PRO HAC VICE
:   OF MICHAEL EVAN JAFFE
:
:
------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying declarations of Veronica Rendon and Michael Evan Jaffe, defendants Kone Corporation and Kone Inc. will move before the Honorable Thomas P. Griesa, Judge of the United States District Court for the Southern District of New York, at the United States Courthouse in and for the Southern District of New York located at 500 Pearl Street, New York, New York, for an order under Rule 1.3(c) of the Local Civil Rules of this Court, admitting of the Local Civil Rules of this Court, admitting pro hac vice Michael Evan Jaffe, as an attorney for defendants Kone Corporation and Kone Inc.

In support of this motion, annexed hereto as Exhibits A and B are the declarations of Veronica Rendon, dated January 7, 2005, and Michael Evan Jaffe, dated January 5, 2005. No brief or memorandum of law is necessary in support of this motion since it raises no issue of law and the relief sought is wholly within the Court's discretion.

Attached hereto as Exhibit C is a proposed form of the order.

DC #183290 v1

PLEASE TAKE FURTHER NOTICE that the undersigned requests that this Court determine the motion on submission and without oral argument under Rule 78 of the Federal Rules of Civil Procedure.

Dated: January 7, 2005

THELEN REID & PRIEST LLP

_____
Veronica E. Rendon (VR-3564)
875 Third Avenue, 10th Floor
New York, New York 10022-6225
Telephone: 212-603-2000

*Attorneys for Defendants*
*Kone Corporation and Kone Inc.*