UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN RE ELEVATOR AND ESCALATOR : MDL No. 1644
ANTITRUST LITIGATION :

------------------------------------------------------------x

: Master Docket No. 1:04 CV 01178 (TPG)
: (ECF CASE)
IN RE ELEVATOR ANTITRUST LITIGATION :
: [PROPOSED] ORDER GRANTING
: MOTION FOR ADMISSION PRO HAC
: VICE OF MICHAEL EVAN JAFFE

------------------------------------------------------------x

The motion for admission of Counsel pro hac vice to the bar of this Court having come before this Court on the 11 day of January, 2005, and the Court having considered the motion, it is hereby

ORDERED that Michael Evan Jaffe is admitted pro hac vice to the bar of this Court for purposes of appearance and participation in this action, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court.

Dated: 01/11/05

By the Court:

_____
Thomas P. Griesa
United States District Judge

In re Elevator Antitrust Litigation                                                                 Doc. 54

MICROFILM JAN 1 2 2005