UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re ELEVATOR ANTITRUST LITIGATION | : : : : | Civil Action No. 04-CV-01178(TPG) **ELECTRONICALLY FILED** |
| This Document Relates To: | : : | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Civil Action No. 04-CV-0357 (TPG) (Mountain Bay Construction, Inc. and 435 Pacific Inc. v. United Technologies Corporation, et al.) | : : : : |  |

Dockets.Justia.com

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Mountain Bay Construction and 435 Pacific Inc. hereby voluntarily dismiss their action in this matter without prejudice, without costs and without fees.

DATED: June 7, 2005

Respectfully submitted,

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO

_____
CURTIS V. TRINKO   (CT-1838)

16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: 212/997-9616

Counsel for Plaintiffs Mountain Bay
Construction, Inc. and 435 Pacific Inc.

STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
ALLAN STEYER
One California Street, 3rd Floor
San Francisco, CA 94111
Telephone: 415/421-3400
415/421-2234 (fax)

S:\CasesSD\Elevators\NOT00021635.doc

- 1 -

## **CERTIFICATE OF SERVICE**

I, Curtis V. Trinko, certify that true and correct copies of the Notice Of Dismissal Without Prejudice, was served on the attached service list by means of postage pre-paid first class mails through the U.S. mails system on this date:

Dated: June 7, 2005

_____
Curtis V. Trinko

ELEVATORS NY

Service List - 6/6/2005     (04-0160)

Page 1 of 7

**Counsel For Defendant(s)**

Mark Leddy
Patricia M. McDermott
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
9th Floor
Washington, DC  20006
   202/974-1500
   202/974-1999 (Fax)

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
   212/225-2000
   212/225-3999 (Fax)

Anthony A. Dean
Terry Myers
Thomas R. Valen
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, NY  10019
   212/649-4700
   212/333-5980 (Fax)

Stewart M. Gisser
Associate General Counsel
Schindler Elevator Corporation (Legal Department)
20 Whippany Road
Morristown, NJ  07960-1935
   973/397-6580
   973/397-6574 (Fax)

Jerome S. Fortinsky
Kenneth M. Kramer
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-4676
   212/848-4000
   212/848-7179 (Fax)

Michael Connolly
Thelen, Reid & Priest, LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
   973/660-4400
   973/660-4401 (Fax)

Michael E. Jaffee
Thelen, Reid & Priest, LLP
701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20004
   202/508-4000
   202/508-4321 (Fax)

Veronica Ellen Rendon
Thelen, Reid & Priest, LLP
875 Third Avenue, 10th Floor
New York, NY  10022
   212/603-6748
   212/603-2001 (Fax)

ELEVATORS NY

Service List - 6/6/2005    (04-0160)

Page 2 of  7

| | |
|---|---|
| Thyssenkrupp AG<br>Attn: Legal Department<br>Thyssenkrupp Elevator AG<br>August-Thyssen-Strassel, 40221<br>Dusseldorf, Germany, | Robert S. Berezin<br>Edward  Soto<br>Weil, Gotshal & Manges LLP<br>1395 Brickell Avenue, 12th Floor<br>Miami, FL  33131<br>    305/577-3215<br>    305/577-3290 (Fax) |
| Scott A. Martin<br>Christopher V. Roberts<br>A. Paul Victor<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>   212/310-8000<br>   212/310-8007 (Fax) | |

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>Steven R. Weinmann<br>Berding & Weil LLP<br>3240 Stone Valley Road West<br>Alamo, CA  94507<br>   925/838-2090<br>   925/820-5592 (Fax) | Walter A. Twachtman, Jr.<br>John H. Grasso<br>Boatman, Boscarino, Grasso & Twachtman<br>628 Hebron Avenue, Building 3<br>Glastonbury, CT  06033<br>   860/659-5657<br>   860/657-4549 (Fax) |
| James G. Stranch, III<br>C. Dewey Branstetter, Jr.<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue, North, 4th Floor<br>Nashville, TN  37201-1631<br>   615/254-8801<br>   615/255-5419 (Fax) | Evan J. Smith<br>Brodsky & Smith, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, PA  19004<br>   610/667-6200<br>   610/667-9029 (Fax) |

ELEVATORS NY

Service List - 6/6/2005   (04-0160)

Page 3 of 7

| | |
|---|---|
| Irwin B. Levin<br>Richard E. Shevitz<br>Scott D. Gilchrist<br>Cohen & Malad, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN  46204<br>  317/636-6481<br>  317/636-2593 (Fax) | Nadeem  Faruqi<br>Antonio  Vozzolo<br>Beth A. Keller<br>Faruqi & Faruqi, LLP<br>320 East 39th Street, 3rd Floor<br>New York, NY  10016<br>  212/983-9330<br>  212/983-9331 (Fax) |
| William P. Butterfield<br>Richard M. Volin<br>L. Kendall Satterfield<br>Finkelstein, Thompson & Loughran<br>1050 30th Street, N.W.<br>Washington, DC  20007<br>  202/337-8000<br>  202/337-8090 (Fax) | Joseph  Goldberg<br>Freedman Boyd Daniels Hollander & Goldberg, P.A.<br>20 First Plaza, N.W., Suite 700<br>Albuquerque, NM  87102<br>  505/842-9960<br>  505/842-1925 (Fax) |
| Robert J. Gralewski, Jr.<br>Gergosian & Gralewski LLP<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br>  619/230-0104<br>  619/230-0124 (Fax) | Kent M. Williams<br>Giebel Gilbert Williams & Kohl, LLP<br>1300 Godward Street NE, Suite 6200<br>Minneapolis, MN  55413<br>  651/633-9000<br>  651/639-1551 (Fax) |
| Kenneth G. Gilman<br>David H. Harris<br>Gilman And Pastor, L.L.P.<br>5150 North Tamiami Trail, Suite 602<br>Newgate Tower<br>Naples, FL  34103<br>  239/213-9960<br>  239/213-9946 (Fax) | Bernard  Persky<br>Hollis  Salzman<br>Goodkind Labaton Rudoff & Sucharow LLP<br>100 Park Avenue, 12th Floor<br>New York, NY  10017-5563<br>  212/907-0700<br>  212/818-0477 (Fax) |

ELEVATORS NY

Service List - 6/6/2005    (04-0160)

Page 4 of 7

| | |
|---|---|
| Daniel E. Gustafson<br>Renae D. Steiner<br>Gustafson Gluek PLLC<br>725 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN  55402<br>   612/333-8844<br>   612/339-6622 (Fax) | Marc H. Edelson<br>Hoffman & Edelson, LLC<br>45 W. Court Street<br>Doylestown, PA  18901<br>   215/230-8043<br>   215/230-8735 (Fax) |
| Dennis Stewart<br>Hulett Harper Stewart, LLP<br>550 West C Street, Suite 1600<br>San Diego, CA  92101<br>   619/338-1133<br>   619/338-1139 (Fax) | Bernard M. Gross<br>Warren Rubin<br>Tina Moukoulis<br>Law Offices Bernard M. Gross, P.C.<br>100 Penn Square East, Suite 450<br>Juniper and Market Streets<br>Philadelphia, PA  19107<br>   215/561-3600<br>   215/561-3000 (Fax) |
| Christopher G. Hayes<br>David McLafferty<br>Law Offices of Christopher G. Hayes<br>115 East Chestnut Street, 2nd Floor<br>West Chester, PA  19380<br>   610/431-9505 | Curtis V. Trinko<br>Law Offices of Curtis V. Trinko LLP<br>16 West 46th Street, Seventh Floor<br>New York, NY  10036<br>   212/490-9550<br>   212/986-0158 (Fax) |
| N. Nathan Neuman<br>Law Offices of N. Nathan Neuman<br>700 Lake Drive<br>Ambler, PA  19002<br>   215/646-9520<br>   215/646-9521 (Fax) | Randy R. Renick<br>Law Offices of Randy R. Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA  91103<br>   626/585-9608<br>   626/577-7079 (Fax) |

ELEVATORS NY

Service List - 6/6/2005     (04-0160)

Page 5 of 7

| | |
|---|---|
| Mark Solomon<br>Bonny E. Sweeney<br>William J. Doyle II<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>   619/231-1058<br>   619/231-7423 (Fax) | Richard A. Lockridge<br>W. Joseph Bruckner<br>Heidi M. Drewes-Siton<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  55401<br>   612/339-6900<br>   612/339-0981 (Fax) |
| Ann D. White<br>Jayne A. Goldstein<br>Mager White & Goldstein, LLP<br>165 Township Line Road, Suite 2400<br>Jenkintown, PA  19046<br>   215/481-0273<br>   215/481-0271 (Fax) | Seymour J. Mansfield<br>Aaron F. Biber<br>Jeremy L. Johnson<br>Mansfield, Janick & Cohen, P.A.<br>1700 Pillsbury Center South<br>220 South Sixth Street<br>Minneapolis, MN  55402<br>   612/339-4295<br>   612/339-3161 (Fax) |
| Joel C. Meredith<br>Steven J. Greenfogel<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>117 S. 17th St., 22nd Floor<br>Architects Building<br>Philadelphia, PA  19103<br>   215/564-5182<br>   215/569-0958 (Fax) | Bryan L. Clobes<br>Ellen Meriwether<br>Michael S. Tarringer<br>Miller Faucher and Cafferty LLP<br>One Logan Square, Suite 1700<br>18th & Cherry Streets<br>Philadelphia, PA  19103<br>   215/864-2800<br>   215/864-2810 (Fax) |
| Eric J. Belfi<br>Murray, Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY  10016<br>   212/682-1818<br>   212/682-1892 (Fax) | Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>E-1250 First National Bank Bldg.<br>332 Minnesota Street<br>St. Paul, MN  55101<br>   651/287-2100<br>   651/287-2103 (Fax) |

ELEVATORS NY

Service List - 6/6/2005   (04-0160)

Page 6 of 7

| | |
|---|---|
| Brian J. Robbins<br>Robbins Umeda & Fink, LLP<br>610 West Ash Street, Suite 1800<br>San Diego, CA  92101<br>  619/525-3990<br>  619/525-3991 (Fax) | Michael L. Roberts<br>Roberts Law Firm, P.A.<br>20 Rahling Circle, P.O. Box 241790<br>Little Rock, AR  72223-1790<br>  501/821-5575<br>  501/821-4474 (Fax) |
| Dianne M. Nast<br>Michael G. Nast<br>Roda & Nast, P.C.<br>801 Estelle Drive<br>Lancaster, PA  17601<br>  717/892-3000<br>  717/892-1200 (Fax) | James E. Rolshouse<br>Rolshouse & Associates, PLLC<br>12226 Nicollet Avenue<br>Burnsville, MN  55337<br>  952/746-9022 |
| Guido Saveri<br>R. Alexander Saveri<br>Saveri & Saveri, Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111-3600<br>  415/217-6810<br>  415/217-6813 (Fax) | Krishna Narine<br>Kendall S. Zylstra<br>Stephen E. Connolly<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>  610/667-7706<br>  610/667-7056 (Fax) |
| Edmund W. Searby III<br>Scott + Scott, LLC<br>33 River Street<br>Chagrin Falls, OH  44022<br>  440/247-8200<br>  440/247-8275 (Fax) | Gary K. Shipman<br>Shipman & Assoicates, LLP<br>11 South Fifth Avenue<br>Wilmington, NC  28401<br>  910/762-1990<br>  910/762-6572 (Fax) |

ELEVATORS NY

Service List - 6/6/2005    (04-0160)

Page 7 of 7

Jeffrey H. Lowenthal
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, 3rd Floor
San Francisco, CA  94111
   415/421-3400
   415/421-2234 (Fax)

David W. Sufrin
Sufrin, Zucker, Steinberg & Wixted
519 Federal Street, Suite 503
Parkade Building
Camden, NJ  08103
   856/365-0080
   856/338-0217 (Fax)

Kenneth A. Wexler
Edward A. Wallace
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL  60602
   312/346-2222
   312/346-0022 (Fax)

Joe R. Whatley, Jr.
Glenn M. Connor
Richard Rouco
Whatley Drake, LLC
2323 Second Ave., North
Birmingham, AL  35203
   205/328-9576
   205/328-9669 (Fax)

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLC
55 West Monroe Street, Suite 1111
Chicago, IL  60603
   312/984-0000
   312/984-0001 (Fax)

Fred T. Isquith
Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653 (Fax)

Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, NY  10022
   212/759-4600
   212/486-2093 (Fax)

Robert S. Schacter
Joseph Lipofsky
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY  10010
   212/223-3900
   212/371-5969 (Fax)