GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
IN RE ELEVATOR AND ESCALATOR        :    MDL No. 1644
ANTITRUST LITIGATION                :
:
:
:
---------------------------------------------------------x
:
IN RE ELEVATOR ANTITRUST            :    Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                          :    (ECF CASE)
:
:    STIPULATION TO EXTEND TIME TO
:    ANSWER OR OTHERWISE MOVE
:
---------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/05
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the defendants United Technologies Corporation, Otis Elevator Company, Kone Corporation, Kone Inc., Schindler Holding Ltd., Schindler Elevator Corporation, ThyssenKrupp AG, ThyssenKrupp Elevator Corporation, and Thyssen Elevator Capital Corporation shall appear, answer, move, or otherwise respond to the Second Consolidated Amended Complaint on or before October 21, 2005. Plaintiffs shall file their opposition on or within 60 calendar days of the Defendants' response to the Second Consolidated Amended Complaint. Defendants shall reply to the Plaintiffs' opposition on or within 45 days. It is also agreed that this stipulation shall not affect any defendant's obligation to respond to any complaint in the above-captioned actions other than the Second Consolidated Amended Complaint.

It is further agreed that this stipulation shall not have the effect of making any defendant a party to an action in which it has not been named, served, or added in accordance with the Federal Rules of Civil Procedure. It is also agreed that, by signing this stipulation and by authorizing the undersigned counsel for United Technologies Corporation and Otis Elevator Company to sign this stipulation on their behalf, the defendants have not waived their rights with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses either by motion or otherwise.

Dated: August 26, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By: _____
Christopher M. Burke
Mark Solomon
William J. Doyle, II
David W. Mitchell
*All admitted pro hac vice*
401 B Street, Suite 1700
San Diego, California 92101
Telephone: (619) 231-1058

*Interim Co-Lead Counsel for Plaintiffs
In re Elevator Antitrust Litigation*

- and -

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLP

Fred T. Isquith (FI-6782)
Mary Jane Fait (ME-1434)
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

*Interim Co-Lead Counsel for Plaintiffs
In re Elevator Antitrust Litigation*

2

CLEARY GOTTLIEB
STEEN & HAMILTON LLP

By: *[signature: Mark Leddy]*
Mark Leddy (ML-0483)
Leah Brannon (LB-7054)
*Admitted pro hac vice*
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

- and -

Deborah M. Buell (DB-3562)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000

*Attorneys for Defendants
United Technologies Corporation and
Otis Elevator Company*

Michael Evan Jaffe
Gerald Zingone
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: (202) 508-4000

*Attorneys for Defendants
Kone Corporation and
Kone Inc.*

Kenneth M. Kramer
Jerome S. Fortinsky
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorneys for Defendants
Schindler Holding Ltd. and
Schindler Elevator Corporation*

A. Paul Victor
Scott Martin
Christopher V. Roberts
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

*Attorneys for Defendants*
*Thyssen Elevator Capital Corporation and*
*ThyssenKrupp Elevator Corporation*

Terry Myers
Anthony A. Dean
Thomas R. Valen
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 649-4700

*Attorneys for Defendant*
*ThyssenKrupp AG*

SO ORDERED:

Date: August 31, 2005

_____
Thomas P. Griesa
United States District Judge

4