UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
In re ELEVATOR ANTITRUST          :   Civil Action No. 04-CV-01178(TPG)
LITIGATION                        :
                                  :   **ELECTRONICALLY FILED**
---------------------------------------------
                                  :
This Document Relates To:         :   NOTICE OF CHANGE OF FIRM ADDRESS
                                  :
    ALL ACTIONS.                  :
                                  :
---------------------------------------------- x

Dockets.Justia.com

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective September 26, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its San Diego office as shown below:

> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

DATED: September 13, 2005

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ, LLP
FRED TAYLOR ISQUITH
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
212/545-4653 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
BONNY E. SWEENEY
WILLIAM J. DOYLE II
CHRISTOPHER M. BURKE

/s/ Bonny E. Sweeney
---
BONNY E. SWEENEY

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

Q:\Migration\Notice of Address Change SD\Elevators_NY.doc

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on September 13, 2005, declarant served the NOTICE OF CHANGE OF FIRM ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13TH day of September, 2005, at San Diego, California.

/s/ Christine Clark
CHRISTINE CLARK

ELEVATORS NY
Service List - 9/10/2005   (04-0160)
Page 1 of 7

**Counsel For Defendant(s)**

Mark Leddy
Patricia M. McDermott
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
9th Floor
Washington, DC  20006
  202/974-1500
  202/974-1999(Fax)

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
  212/225-2000
  212/225-3999(Fax)

Anthony A. Dean
Terry Myers
Thomas R. Valen
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Pennsylvania Plaza, 37th Floor
New York, NY  10019
  212/649-4700
  212/333-5980(Fax)

Stewart M. Gisser
Associate General Counsel
Schindler Elevator Corporation (Legal Department)
20 Whippany Road
Morristown, NJ  07960-1935
  973/397-6580
  973/397-6574(Fax)

Jerome S. Fortinsky
Kenneth M. Kramer
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-4676
  212/848-4000
  212/848-7179(Fax)

Michael Connolly
Thelen, Reid & Priest, LLP
200 Campus Drive, Suite 210
Florham Park, NJ  07932
  973/660-4400
  973/660-4401(Fax)

Michael E. Jaffee
Thelen, Reid & Priest, LLP
701 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC  20004
  202/508-4000
  202/508-4321(Fax)

Veronica Ellen Rendon
Thelen, Reid & Priest, LLP
875 Third Avenue, 10th Floor
New York, NY  10022
  212/603-6748
  212/603-2001(Fax)

ELEVATORS NY

Service List - 9/10/2005   (04-0160)

Page 2 of 7

Thyssenkrupp AG
Attn: Legal Department
Thyssenkrupp Elevator AG
August-Thyssen-Strassel, 40221
Dusseldorf, Germany,

Robert S. Berezin
Edward Soto
Weil, Gotshal & Manges LLP
1395 Brickell Avenue, 12th Floor
Miami, FL  33131
   305/577-3215
   305/577-3290(Fax)

Scott A. Martin
Christopher V. Roberts
A. Paul Victor
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
   212/310-8000
   212/310-8007(Fax)

**Counsel For Plaintiff(s)**

Daniel L. Rottinghaus
Jeffrey B. Cereghino
Steven R. Weinmann
Berding & Weil LLP
3240 Stone Valley Road West
Alamo, CA  94507
   925/838-2090
   925/820-5592(Fax)

Walter A. Twachtman, Jr.
John H. Grasso
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building 3
Glastonbury, CT  06033
   860/659-5657
   860/657-4549(Fax)

James G. Stranch, III
C. Dewey Branstetter, Jr.
Branstetter, Kilgore, Stranch & Jennings
227 Second Avenue, North, 4th Floor
Nashville, TN  37201-1631
   615/254-8801
   615/255-5419(Fax)

Evan J. Smith
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
   610/667-6200
   610/667-9029(Fax)

ELEVATORS NY

Service List - 9/10/2005   (04-0160)

Page 3 of 7

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Cohen & Malad, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
 317/636-6481
 317/636-2593 (Fax)

William P. Butterfield
Richard M. Volin
L. Kendall Satterfield
Finkelstein, Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
 202/337-8000
 202/337-8090 (Fax)

Robert J. Gralewski, Jr.
Gergosian & Gralewski LLP
550 West C Street, Suite 1600
San Diego, CA 92101
 619/230-0104
 619/230-0124 (Fax)

Kenneth G. Gilman
David H. Harris
Gilman And Pastor, L.L.P.
5150 North Tamiami Trail, Suite 602
Newgate Tower
Naples, FL 34103
 239/213-9960
 239/213-9946 (Fax)

Nadeem Faruqi
Antonio Vozzolo
Beth A. Keller
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
 212/983-9330
 212/983-9331 (Fax)

Joseph Goldberg
Freedman Boyd Daniels Hollander & Goldberg, P.A.
20 First Plaza, N.W., Suite 700
Albuquerque, NM 87102
 505/842-9960
 505/842-1925 (Fax)

Kent M. Williams
Giebel Gilbert Williams & Kohl, LLP
1300 Godward Street NE, Suite 6200
Minneapolis, MN 55413
 651/633-9000
 651/639-1551 (Fax)

Bernard Persky
Hollis Salzman
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue, 12th Floor
New York, NY 10017-5563
 212/907-0700
 212/818-0477 (Fax)


ELEVATORS NY

Service List - 9/10/2005   (04-0160)

Page 4 of 7

Daniel E. Gustafson
Renae D. Steiner
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
   612/333-8844
   612/339-6622(Fax)

Dennis Stewart
Hulett Harper Stewart, LLP
550 West C Street, Suite 1600
San Diego, CA 92101
   619/338-1133
   619/338-1139(Fax)

Christopher G. Hayes
David McLafferty
Law Offices of Christopher G. Hayes
115 East Chestnut Street, 2nd Floor
West Chester, PA 19380
   610/431-9505

N. Nathan Neuman
Law Offices of N. Nathan Neuman
700 Lake Drive
Ambler, PA 19002
   215/646-9520
   215/646-9521(Fax)

Marc H. Edelson
Hoffman & Edelson, LLC
45 W. Court Street
Doylestown, PA 18901
   215/230-8043
   215/230-8735(Fax)

Bernard M. Gross
Warren Rubin
Tina Moukoulis
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
   215/561-3600
   215/561-3000(Fax)

Curtis V. Trinko
Law Offices of Curtis V. Trinko LLP
16 West 46th Street, Seventh Floor
New York, NY 10036
   212/490-9550
   212/986-0158(Fax)

Randy R. Renick
Law Offices of Randy R. Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
   626/585-9608
   626/577-7079(Fax)

ELEVATORS NY

Service List - 9/10/2005   (04-0160)

Page 5 of 7

Mark Solomon
Bonny E. Sweeney
William J. Doyle II
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Richard A. Lockridge
W. Joseph Bruckner
Heidi M. Drewes-Siton
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
   612/339-6900
   612/339-0981 (Fax)

Ann D. White
Jayne A. Goldstein
Mager White & Goldstein, LLP
165 Township Line Road, Suite 2400
Jenkintown, PA  19046
   215/481-0273
   215/481-0271 (Fax)

Seymour J. Mansfield
Aaron F. Biber
Jeremy L. Johnson
Mansfield, Janick & Cohen, P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN  55402
   612/339-4295
   612/339-3161 (Fax)

Joel C. Meredith
Steven J. Greenfogel
Meredith Cohen Greenfogel & Skirnick, P.C.
117 S. 17th St., 22nd Floor
Architects Building
Philadelphia, PA  19103
   215/564-5182
   215/569-0958 (Fax)

Bryan L. Clobes
Ellen Meriwether
Michael S. Tarringer
Miller Faucher and Cafferty LLP
One Logan Square, Suite 1700
18th & Cherry Streets
Philadelphia, PA  19103
   215/864-2800
   215/864-2810 (Fax)

Eric J. Belfi
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
   212/682-1818
   212/682-1892 (Fax)

Mark Reinhardt
Garrett D. Blanchfield, Jr.
Reinhardt Wendorf & Blanchfield
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN  55101
   651/287-2100
   651/287-2103 (Fax)

ELEVATORS NY

Service List - 9/10/2005  (04-0160)

Page 6 of 7

Brian J. Robbins
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA  92101
   619/525-3990
   619/525-3991(Fax)

Dianne M. Nast
Michael G. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA  17601
   717/892-3000
   717/892-1200(Fax)

Guido Saveri
R. Alexander Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA  94111-3600
   415/217-6810
   415/217-6813(Fax)

Edmund W. Searby III
Scott + Scott, LLC
33 River Street
Chagrin Falls, OH  44022
   440/247-8200
   440/247-8275(Fax)

Michael L. Roberts
Roberts Law Firm, P.A.
20 Rahling Circle, P.O. Box 241790
Little Rock, AR  72223-1790
   501/821-5575
   501/821-4474(Fax)

James E. Rolshouse
Rolshouse & Associates, PLLC
12226 Nicollet Avenue
Burnsville, MN  55337
   952/746-9022

Krishna Narine
Kendall S. Zylstra
Stephen E. Connolly
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056(Fax)

Gary K. Shipman
Shipman & Assoicates, LLP
11 South Fifth Avenue
Wilmington, NC  28401
   910/762-1990
   910/762-6572(Fax)

ELEVATORS NY
Service List - 9/10/2005   (04-0160)
Page 7 of 7

Jeffrey H. Lowenthal
Steyer Lowenthal Boodrookas Alvarez & Smith LLP
One California Street, 3rd Floor
San Francisco, CA 94111
   415/421-3400
   415/421-2234 (Fax)

Kenneth A. Wexler
Edward A. Wallace
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL 60602
   312/346-2222
   312/346-0022 (Fax)

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
   312/984-0000
   312/984-0001 (Fax)

Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
   212/759-4600
   212/486-2093 (Fax)

David W. Sufrin
Sufrin, Zucker, Steinberg & Wixted
519 Federal Street, Suite 503
Parkade Building
Camden, NJ 08103
   856/365-0080
   856/338-0217 (Fax)

Joe R. Whatley, Jr.
Glenn M. Connor
Richard Rouco
Whatley Drake, LLC
2323 Second Ave., North
Birmingham, AL 35203
   205/328-9576
   205/328-9669 (Fax)

Fred T. Isquith
Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
   212/545-4600
   212/545-4653 (Fax)

Robert S. Schacter
Joseph Lipofsky
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010
   212/223-3900
   212/371-5969 (Fax)