UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
: 
IN RE ELEVATOR AND ESCALATOR       :    MDL No. 1644
ANTITRUST LITIGATION                      :
:
------------------------------------------------- x
:
IN RE ELEVATOR ANTITRUST            :    Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                                   :    (ECF CASE)
:
                                               :    NOTICE OF APPEARANCE
                                               :    AS OF JANUARY 11, 2005
:
------------------------------------------------- x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this action for UNITED TECHNOLOGIES CORPORATION and OTIS ELEVATOR COMPANY. I certify that I have been admitted pro hac vice to the bar of this Court for purposes of appearance and participation in this action by court order dated January 4, 2005.

Respectfully submitted,

Dated: January 11, 2005

*(signature)*

Mark Leddy (ML-0483)
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Attorney for Defendants*
*United Technologies Corporation and*
*Otis Elevator Company*

Certificate of Service

I hereby certify, that on this date I caused copies of the Notice of Appearance of Mark Leddy on behalf of United Technologies Corporation and Otis Elevator Company to be served by overnight delivery service on all parties on the attached Service List in accordance with the rules of this Court, on the 11 day of January 2005.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Leah Brannon
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Attorneys for Defendants*
*United Technologies Corporation and*
*Otis Elevators Company*

Service List

Michael J. Boni
Kohn, Swift & Graf, P.C.
One South Broad Street
Suite 2100
Philadelphia, PA 19107-3389

*Counsel for Plaintiffs Parkway Corporation, The Lakes Restaurant, Inc., and CSM Corp.*

Michael G. Nast
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601

*Counsel for Plaintiff Downtowner Hotel & Spa*

W. Joseph Bruckner
Lockridge, Grindal & Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

*Counsel for Plaintiff Wrightsville Builders, Inc.*

Richard P. Rouco
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35203-0647

*Counsel for Plaintiff Birmingham Building Trades Tower, Inc.*

Christopher M. Burke
Lerach Coughlin Stoia Geller & Robbins
401 B Street
Suite 1700
San Diego, CA 92101

*Counsel for Plaintiffs 435 Pacific Inc., Bay Crest Condominium Association, D.F. Chase, Inc., Mountain Bay Construction, Inc., Olen Commercial Realty Corp., and Transhorn Ltd.*

Warren Rubin
Law Offices of Bernard M. Gross, P.C.
1515 Locust Street
2nd Floor
Philadelphia, PA 19102

*Counsel for Plaintiff Mason on Main Street dba Mason on Main Associates*

Marc E. Edelson
Hoffman & Edelson
45 W. Court Street
Doylestown, PA 18901-4223

*Counsel for Plaintiff Kings Village Corp.*

Kenneth M. Kramer
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

*Counsel for Defendants Schindler Holding Ltd. and Schindler Elevator Corporation*

Kenneth G. Gilman
Gilman & Pastor, L.L.P.
Newgate Tower
Suite 602
5150 North Tamiami Trail
Naples, FL 34103

*Counsel for Plaintiff Executive Development Corp. and Benderson Development Company, Inc.*

Fred T. Isquith, Sr.
Wolf Haldenstien Alder Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016

*Counsel for Plaintiffs 1775 Housing Associates, Riverbay Corp., Rochdale Village, Inc., and Triangle Housing Associates, L.P.*

Lester L. Levy, Sr.
Wolf Popper, LLP
845 Third Avenue
New York, NY 10022

*Counsel for Plaintiffs 181 Maple Avenue Associates, Lenox Road Associates, and Tower of Coral Springs, Ltd.*

Joel C. Meredith
Meredith, Cohen, Greenfogel & Skirnick, P.C.
117 South 17th Street, 22nd Floor
Philadelphia, PA 19103

*Counsel for Plaintiff Mulberry Court Assoc.*

A. Paul Victor
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

*Counsel for Defendants Thyssen Elevator Capital Corp. and ThyssenKrupp Elevator Corp.*

Gerald Zingone
Thelen Reid & Priest LLP
701 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20004

*Counsel for Defendants Kone Corp. and Kone, Inc.*

Terry Myers
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119

*Counsel for Defendant ThyssenKrupp AG*

Joseph Goldberg
Freedman Boyd Daniels Hollander & Goldberg P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102

*Counsel for Plaintiff Prairie Oaks Ltd. Partnership 2*

Daniel E. Gustafson
Renae D. Steiner
Gustafson Gluek PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

*Counsel for Plaintiff Prairie Oaks Ltd.
Partnership 2*

Kendall S. Zylstra
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

*Counsel for Plaintiff Joseph M. Bennardi (dba
Nedmac Associates, Inc. and dba Building
Supers of Camden, Inc.)*