UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x   MDL No. 1644
IN RE ELEVATOR AND ESCALATOR    :
ANTITRUST LITIGATION            :
------------------------------x   04 Civ. 1178 (TPG)
IN RE ELEVATOR ANTITRUST        :
LITIGATION                      :   **ORDER**
------------------------------x

        Defendants wishing to move to dismiss the complaint for lack of personal jurisdiction under Rule 12(b)(2) may file that motion, without supporting affidavits and memoranda of law, together with defendants' motion to dismiss under Rule 12(b)(6). Once the Rule 12(b)(6) motion has been decided, a briefing schedule for the Rule 12(b)(2) motion will be set, after which the Court will consider that motion.

        SO ORDERED.

Dated:   New York, New York
       October 18, 2005

                                            THOMAS P. GRIESA
                                            U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/05