UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------- x
                     :

IN RE ELEVATOR AND ESCALATOR     :      MDL No. 1644
ANTITRUST LITIGATION            :

-------------------------------------------------- x
                     :

IN RE ELEVATOR ANTITRUST      :      Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                 :      (ECF CASE)

-------------------------------------------------- x
                     :
This Document Relates To:        :

All Actions                :
-------------------------------------------------- x

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kone Corporation and Kone

Inc. make the following corporate disclosure statement: Kone Corporation is a publicly owned

company based in Espoo, Finland that is traded on the Helsinki Stock Exchange. Kone

Corporation is the ultimate indirect parent of Kone Inc. Kone Corporation has no parent

company, and no publicly held corporation owns 10% or more of its stock.

DC #204653 v1

Dockets.Justia.com

October 20, 2005

Respectfully submitted,

Gerald Zingone
Thelen Reid & Priest LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 508-4332
Facsimile: (202) 654-1841

Counsel for Kone Corporation and Kone Inc.

2

DC #204653 v1