UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ x
                                                       :
                                                       :
IN RE ELEVATOR AND ESCALATOR              :    MDL No. 1644
ANTITRUST LITIGATION                      :
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
------------------------------------------------------ x
                                                       :
                                                       :
                                                       :
IN RE ELEVATOR ANTITRUST                  :    Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                                :    (ECF CASE)
                                                       :
                                                       :
                                                       :
                                                       :
                                                       :
------------------------------------------------------ x
```

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants Schindler Elevator Corporation and Schindler Holding Ltd. certifies that Schindler Enterprises, Inc., a Pennsylvania corporation, is the direct corporate parent of Schindler Elevator Corporation and that there is no publicly held corporation that owns 10% or more of the stock of either Schindler Holding Ltd. or Schindler Elevator Corporation. Counsel further certifies that Schindler Holding Ltd. has no corporate parent.

Dockets.Justia.com

Dated: New York, New York
October 20, 2005

    Respectfully submitted,

    By: *s/ Kenneth M Kramer*
Kenneth M. Kramer (KK 1462)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4172
Fax: (646) 848-4172

*Attorneys for Defendants
Schindler Elevator Corporation
and Schindler Holding Ltd.*