UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                         :

IN RE ELEVATOR AND ESCALATOR      :      MDL No. 1644
ANTITRUST LITIGATION                  :

                         :

---------------------------------------------------------- x
                         :

IN RE ELEVATOR ANTITRUST          :      Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                          :      (ECF CASE)

                         :

---------------------------------------------------------- x
This Document Relates To:         :

                         :      **ORAL ARGUMENT REQUESTED**
All Actions                        :
---------------------------------------------------------- x

## NOTICE OF DEFENDANTS' MOTION TO DISMISS
## THE SECOND CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying declaration, exhibits,

Memorandum of Law, and all prior proceedings in this action, the defendants will move this

Court, at a date to be determined, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of

Civil Procedure, for an order dismissing the plaintiffs' Second Consolidated Amended

Complaint with prejudice, and for such other relief as this Court deems just and proper; and

Dockets.Justia.com

PLEASE TAKE FURTHER NOTICE that at the same time to be determined by this Court defendants Kone Corporation, Schindler Holding Ltd., and ThyssenKrupp AG will move this Court, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for an order dismissing the Second Consolidated Amended Complaint as to them for lack of personal jurisdiction.

Dated: October 21, 2005

Respectfully submitted,

CLEARY GOTTLIEB
STEEN & HAMILTON LLP

By: /s/ Mark Leddy
Mark Leddy (ML-0483)
*Admitted pro hac vice*
Leah Brannon
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 974-1500

*Attorneys for Defendants*
*United Technologies Corporation and*
*Otis Elevator Company*

SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK-1462)
Jerome S. Fortinsky
599 Lexington Avenue
New York, New York 10022
Telephone:  (212) 848-4000

*Attorneys for Defendants*
*Schindler Holding Ltd. and*
*Schindler Elevator Corporation*


WEIL GOTSHAL & MANGES LLP

By: _____
A. Paul Victor (AV-0363)
Scott Martin
Christopher V. Roberts
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000

*Attorneys for Defendants*
*ThyssenKrupp Elevator Corporation and*
*Thyssen Elevator Capital Corporation*

THELEN REID & PRIEST LLP

By: _____
Gerald Zingone (GZ-6599)
*Admitted pro hac vice*
Michael Evan Jaffe
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: (202) 508-4000

*Attorneys for Defendants*
*Kone Corporation and*
*Kone Inc.*


GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: _____
Terry Myers (TM-3083)
Anthony A. Dean
Thomas R. Valen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone:  (212) 649-4700

*Attorneys for Defendant*
*ThyssenKrupp AG*

SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK-1462)
Jerome S. Fortinsky
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorneys for Defendants*
*Schindler Holding Ltd. and*
*Schindler Elevator Corporation*


WEIL GOTSHAL & MANGES LLP

By: _____
A. Paul Victor (AV-0363)
Scott Martin
Christopher V. Roberts
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

*Attorneys for Defendants*
*ThyssenKrupp Elevator Corporation and*
*Thyssen Elevator Capital Corporation*

THELEN REID & PRIEST LLP

By: _____
Gerald Zingone (GZ-6599)
*Admitted pro hac vice*
Michael Evan Jaffe
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: (202) 508-4000

*Attorneys for Defendants*
*Kone Corporation and*
*Kone Inc.*


GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: _____
Terry Myers (TM-3083)
Anthony A. Dean
Thomas R. Valen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 649-4700

*Attorneys for Defendant*
*ThyssenKrupp AG*

SHEARMAN & STERLING LLP

By: _____
Kenneth M. Kramer (KK-1462)
Jerome S. Fortinsky
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorneys for Defendants*
*Schindler Holding Ltd. and*
*Schindler Elevator Corporation*


THELEN REID & PRIEST LLP

By: _____
Gerald Zingone (GZ-6599)
*Admitted pro hac vice*
Michael Evan Jaffe
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: (202) 508-4000

*Attorneys for Defendants*
*Kone Corporation and*
*Kone Inc.*


WEIL GOTSHAL & MANGES LLP

By: _____
A. Paul Victor (AV-0363)
Scott Martin
Christopher V. Roberts
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

*Attorneys for Defendants*
*ThyssenKrupp Elevator Corporation and*
*Thyssen Elevator Capital Corporation*


GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: _____
Terry Myers (TM-3083)
Anthony A. Dean
Thomas R. Valen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 649-4700

*Attorneys for Defendant*
*ThyssenKrupp AG*

SHEARMAN & STERLING LLP

By: _____

Kenneth M. Kramer (KK-1462)
Jerome S. Fortinsky
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

*Attorneys for Defendants*
*Schindler Holding Ltd. and*
*Schindler Elevator Corporation*

THELEN REID & PRIEST LLP

By: _____

Gerald Zingone (GZ-6599)
*Admitted pro hac vice*
Michael Evan Jaffe
701 Eighth Street, N.W.
Washington, D.C. 20001-3721
Telephone: (202) 508-4000

*Attorneys for Defendants*
*Kone Corporation and*
*Kone Inc.*

WEIL GOTSHAL & MANGES LLP

By: _____

A. Paul Victor (AV-0363)
Scott Martin
Christopher V. Roberts
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

*Attorneys for Defendants*
*ThyssenKrupp Elevator Corporation and*
*Thyssen Elevator Capital Corporation*

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.

By: _____

Terry Myers (TM-3083)
Anthony A. Dean
Thomas R. Valen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119-3701
Telephone: (212) 649-4700

*Attorneys for Defendant*
*ThyssenKrupp AG*