# EXHIBIT F

Dockets.Justia.com



# Codes&Standards

Press Releases

Post Workshop Activities

Breakout Group Presentations

Conf. Proceedings

Participants Listing

Program/Schedule

Workshop Format

Hotlinks

Home



## Workshop on Use of Elevators in Fires and Other Emergencies
### March 2-4, 2004, Atlanta, Georgia

As a result of the September 11, 2001 attacks on the World Trade Center, code provisions for emergency egress from tall buildings are being re-examined There is renewed interest in the use of elevators for both occupant egress and fire fighters access. Therefore a Workshop on the Use of Elevators in Fires and Other Emergencies was held March 2-4, 2004, in Atlanta, Georgia. The workshop was co-sponsored by American Society of Mechanical Engineers (ASME International), National Institute of Standards and Technology (NIST), International Code Council (ICC), National Fire Protection Association (NFPA), U S Access Board, and the International Association of Fire Fighters (IAFF).

The workshop focused on two general topics:
(1) Use of Elevators by Fire fighters
(2) Use of Elevators by Occupants during Emergencies

The workshop consisted of Plenary Sessions during which selected papers were presented, as well as Breakout Sessions for attendees to brainstorm various ideas and develop recommendations. The goal of the workshop was to come up with concrete proposals that can be put forth to the various code-writing groups to help improve codes and standards. Following the workshop, the Workshop Steering Committee, which is made up of representatives from each of the sponsoring organizations, will meet to review these proposals and assign to the appropriate organization for consideration.

Press Releases | Post Workshop Activities | Breakout Group Presentations | Conf. Proceedings
Participants Listing | Program/Schedule | Workshop Format | Hotlinks | Home

Copyright © 1996-2004 ASME International  All Rights Reserved                                   Contact Information