UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644 |
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04 CV 01178 (TPG) (ECF CASE) |
| This Document Relates To: All Actions | **ORAL ARGUMENT REQUESTED** |

## DECLARATION OF LEAH BRANNON

Pursuant to 28 U.S.C. § 1746, Leah Brannon declares as follows:

1. I am an associate of the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendants United Technologies Corporation and Otis Elevator Company. I am admitted *pro hac vice* in the above referenced matter.

2. I submit this Declaration in support of the Defendants' Motion to Dismiss and to put before the Court certain documents cited in the defendants' papers.

3. I attach a true and correct copy of the following documents as Exhibits A, B, C, D, E, and F:

| Exhibit | Document |
|---|---|
| A | Second Consolidated Amended Complaint, dated July 19, 2005 |
| B | First Consolidated Amended Complaint, dated November 1, 2004 |
| C | Transcript of January 13, 2005 Conference before the Hon. Thomas P. Griesa |
| D | Trib. Ammin. Reg. Lazio, sez. I, 21 Feb. 2001, No. 1371/2001 (Judgment No. 1371/2001 of the Regional Administrative Court of Lazio, Section 1, Feb. 21, 2001) |
| E | Certified Translation of Trib. Ammin. Reg. Lazio, sez. I, 21 Feb. 2001, No. 1371/2001 (Judgment No. 1371/2001 of the Regional Administrative Court of Lazio, Section 1, Feb. 21, 2001) |
| F | Workshop on Use of Elevators in Fires and Other Emergencies, March 2-4, 2004, Atlanta, Georgia, *available at* http://www.asme.org/cns/elevators/index.shtml. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2005 in Washington, D.C.

*[signature]*
LEAH BRANNON