UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
:
IN RE ELEVATOR AND ESCALATOR     :     MDL No. 1644
ANTITRUST LITIGATION             :
:
:
:
:
:
:
:
------------------------------------------------------------- x
:
:
IN RE ELEVATOR ANTITRUST         :     Master Docket No. 1:04 CV 01178 (TPG)
LITIGATION                       :     (ECF CASE)
:
:     CERTIFICATE OF SERVICE
:
:
:
------------------------------------------------------------- x
This Document Relates To:        :
:
All Actions                      :
:
------------------------------------------------------------- x

       I, Janet Ford, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 21st day of October 2005, the Notice of Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, dated October 21, 2005, the Declaration of Leah Brannon, dated October 21, 2005 including Exhibits A through F and the Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, dated October 21, 2005 are being served by Federal Express upon the entities listed on the attached service list.

dockets.Justia.com

      2. This service is being made by assistant managing clerks of this firm under my general supervision.

Dated:   New York, New York
           October 21, 2005

                                                          */s/ Janet Ford*
                                                           Janet Ford

Case 1:04-cv-01178-TPG    Document 76    Filed 10/21/2005    Page 2 of 5

Service List

| | |
|---|---|
| Curtis V. Trinko<br>Law Offices of Curtis V. Trinko, LLP<br>16 West 46th Street, 7Th Floor<br>New York, NY 10036<br><br>*Counsel for Plaintiffs Transhorn Ltd., D. F. Chase, Inc., Olen Commercial Realty Corp., and Bay Crest Condominium Association* | Joe R. Whatley, Jr.<br>Glenn M. Connor<br>Richard P. Rouco<br>Whatley Drake, LLC<br>2323 2nd Avenue, North<br>P.O. Box 10647<br>Birmingham, AL 35203-0647<br><br>*Counsel for Plaintiff Birmingham Building Trades Tower, Inc.* |
| Mark Solomon<br>Christopher M. Burke<br>William J. Doyle II<br>David W. Mitchell<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>*Counsel for Plaintiffs Transhorn Ltd., D.F. Chase, Inc., Olen Commercial Realty Corp., and Bay Crest Condominium Association* | Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>Steven R. Weinmann<br>Berding & Weil LLP<br>3240 Stone Valley Road West<br>Alamo, CA 94507<br><br>*Counsel for Plaintiffs Olen Commercial Realty Corp. and Bay Crest Condominium Association* |
| Fred T. Isquith<br>Alexander H. Schmidt<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br><br>*Counsel for Plaintiffs 1775 Housing Associates, Rochdale Village, Inc., Riverbay Corp., and Triangle Housing Associates* | Mary Jane Fait<br>Wolf Haldenstein Adler Freeman & Herz LLC<br>55 West Monroe Street, Suite 1111<br>Suite 500 W<br>Chicago, IL 60603<br><br>*Counsel for Plaintiffs 1775 Housing Associates, Rochdale Village, Inc., Riverbay Corp., and Triangle Housing Associates* |
| Lester L. Levy, Sr.<br>Wolf Popper, LLP<br>845 Third Avenue<br>New York, NY 10022<br><br>*Counsel for Plaintiffs 181 Maple Avenue Associates, Lenox Road Associates, and Towers of Coral Springs, Ltd.* | Nadeem Faruqi<br>Antonio Vozzolo<br>Beth Ann Keller<br>Faruqi & Faruqi, LLP<br>320 East 39th Street<br>New York, NY 10016<br><br>*Counsel for Plaintiff Birmingham Building Trades Towers, Inc.* |

| | |
|---|---|
| James G. Stranch, III<br>C. Dewey Branstetter<br>J. Gerard Stranch<br>Branstetter, Kilgore, Stranch & Jennings<br>227 Second Avenue, North – 4th Floor<br>Nashville, TN 37201-1631<br><br>*Counsel for Plaintiff D.F. Chase, Inc.* | Brian J. Robbins<br>Robbins Umeda & Fink, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, CA 92101<br><br>*Counsel for Plaintiff Birmingham Building Trades Towers, Inc.* |
| Ann D. White<br>Jayne A. Goldstein<br>Michael J. Kane<br>Mager White & Goldstein LLP<br>One Pitcairn Place<br>165 Township Line Road<br>Jenkintown, PA 19046<br><br>*Counsel for Plaintiffs 181 Maple Avenue Associates, Lenox Road Associates, and Towers of Coral Springs, Ltd.* | Kendall S. Zylstra<br>Stephen E. Connolly<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br><br>*Counsel for Plaintiffs Joseph M. Bennardi dba Nedmac Associates, Inc. and Joseph M. Bennardi dba Building Supers of Camden, Inc.* |
| David Sufrin<br>Sufrin Zucker Steinberg<br>& Wixted, P. A.<br>Suite 503, Parkade Building<br>519 Federal Street<br>Camden, New Jersey 08103-1147<br><br>*Counsel for Plaintiffs Joseph M. Bennardi dba Nedmac Associates, Inc. and Joseph M. Bennardi dba Building Supers of Camden, Inc.* | Christopher G Hayes<br>David McLafferty<br>Law Offices of Christopher G. Hayes<br>115 East Chestnut Street, 2nd Floor<br>West Chester, PA 19380<br><br>*Counsel for Plaintiffs Joseph M. Bennardi dba Nedmac Associates, Inc. and Joseph M. Bennardi dba Building Supers of Camden, Inc.* |
| Evan J. Smith<br>Brodsky & Smith, L.L.C.<br>Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br><br>*Counsel for Plaintiffs Joseph M. Bennardi dba Nedmac Associates, Inc. and Joseph M. Bennardi dba Building Supers of Camden, Inc.* | |

| | |
|---|---|
| Kenneth M. Kramer<br>Jerome S. Fortinsky<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br><br>*Counsel for Defendant Schindler Elevator Corp.* | Terry Myers<br>Thomas R. Valen<br>Gibbons, Del Deo, Dolan,<br>Griffinger & Vecchione, P.C.<br>One Pennsylvania Plaza, 37th Floor<br>New York, NY 10119<br><br>*Counsel for Defendant ThyssenKrupp AG* |
| A. Paul Victor<br>Scott Martin<br>Christopher V. Roberts<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel for Defendants Thyssen Elevator Capital Corp. and Thyssenkrupp Elevator Corporation* | Michael Evan Jaffe<br>Gerald Zingone<br>Thelen Reid & Priest LLP<br>701 Eighth Street, N.W.<br>Washington, D.C. 20001-3721<br><br>*Counsel for Defendants Kone Corporation and Kone, Inc.* |