UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re ELEVATOR AND ESCALATOR
ANTITRUST LITIGATION : MDL No. 1644

: **NOTICE PURSUANT TO**
: **LOCAL RULE 5.2**

-------------------------------------------------------------x

In re ELEVATOR ANTITRUST LITIGATION : Master Docket No.
: 1:04 CV 01178 (TPG)

-------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned counsel to Defendant ThyssenKrupp AG in the above-captioned action, hereby request electronic notification of all Papers filed with the Court by notice upon the following email addresses:

**tmyers@gibbonslaw.com.; adean@gibbonslaw.com; Tvalen@gibbonslaw.com**.

This notice shall not have the effect of making ThyssenKrupp AG a party to any action in which it is has not been named, served, or added in accordance with the Federal Rules of Civil Procedure or of waiving any rights of ThyssenKrupp AG with respect to any potential issue in this litigation, including, but not limited to, the assertion of jurisdictional defenses by motion or otherwise.

Dated: New York, New York
October 28, 2005

#1024713 v1
102114-51261

**GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, P.C.**
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701
(212) 649-4700

___/s Terry Myers_____

Terry Myers (TM-3083)
Anthony A. Dean (AD-5896)
Thomas R. Valen (TV-6727)

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2005, I caused the foregoing document to be filed with the Clerk of the Court and to be served in accordance with the Federal Rules of Civil Procedure and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon:

| | |
|---|---|
| Curtis V. Trinko, Esq. | Christopher Burke, Esq. |
| Law Offices of Curtis V. Trinko, LLP | William S. Lerach, Esq |
| 16 West 46th Street, 7th Floor | Mark Soloman, Esq |
| New York, NY 10036 | Bonnie Sweeney, Esq. |
| | Lerach Coughlin Stoia Geller Rudman & Robbins LLP |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101 |

*Counsel for Plaintiffs Transhorn Ltd., D.F. Chase, Inc., Mountain Bay Construction and 435 Pacific*

| | | |
|---|---|---|
| Nadeem Faruqi, Esq. | Glenn M. Connor, Esq. | Brian J. Robbins, Esq. |
| Antonio Vozzolo, Esq. | Richard P. Rouco, Esq. | Robbins Umeda & Fink, LLP |
| Beth A. Keller, Esq. | Watley Drake LLC | 1020 Second Avenue |
| Faruqi & Faruqi | 2323 Second Avenue North | Suite 2360 |
| 320 East 39th Street | Birmingham, AL 35203 | San Diego, CA 92101 |
| New York, NY 10016 | | |

*Counsel for Plaintiff Birmingham Building Trades Tower, Inc.*

Fred Taylor Isquith, Esq.  
Wolf Haldenstein Adler Freeman & Herz LLP  
270 Madison Avenue  
New York, NY 10016

Mary Jane Fait, Esq.  
656 W. Randolph Street  
Suite 500 West  
Chicago, IL 60661

*Counsel for Plaintiffs 1775 Housing Associates, Triangle Housing Associates, Rochdale Village, Inc., Riverbay Corp.*

David W. Sufrin, Esq.  
Sufrin Zucker Steinberg & Wixted  
Suite 503, Parkade Building  
519 Federal Street  
Camden, NJ 08103

*Counsel for Plaintiffs Joseph M. Bennardi, et al*

#1024713 v1
102114-51261