

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. BENNARDI d/b/a NEDMAC ASSOCIATES, INC. and JOSEPH M BENNARDI d/b/a BUILDING SUPERS OF CAMDEN, INC., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO.,KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD.,SCHINDLER ELEVATOR CORPORATION THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO.: 04-cv-01178 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

In re Elevator Antitrust Litigation                                                    Doc. 78

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:    ALL COUNSEL OF RECORD ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that upon the annexed Affidavit of Kendall S. Zylstra in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Thomas T. Griesa at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Kendall S. Zylstra, an associate of the law firm of Schiffrin & Barroway, LLP, member in good standing of the bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel on behalf of plaintiff Joseph M. Bennardi.

There are no pending disciplinary proceedings against Kendall S. Zylstra in any state or federal court.

Dated: November 16, 2005

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP**

By: _____

270 West Madison Avenue
New York, NY 10016
(212) 545-4600

**SCHIFFRIN & BARROWAY, LLP**
Kendall S. Zylstra
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Joseph M. Bennardi*

G:/Elevator/KZ ProHac Motion

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. BENNARDI d/b/a ) | |
| NEDMAC ASSOCIATES, INC. ) | |
| andJOSEPH M BENNARDI d/b/a ) | |
| BUILDING SUPERS OF CAMDEN, ) | |
| INC., On Behalf of Themselves and All ) | |
| Others Similarly Situated, ) | Civil Action No.04-cv-01178 |
| ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| UNITED TECHNOLOGIES ) | |
| CORPORATION, OTIS ELEVATOR ) | |
| CO., KONE CORPORATION, KONE ) | |
| INC., SCHINDLER HOLDING ) | |
| LTD.,SCHINDLER ELEVATOR ) | |
| CORPORATION THYSSENKRUPP ) | |
| AG and THYSSEN ) | |
| ELEVATOR CAPITAL CORP. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER GRANTING MOTION
## FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is

granted.  The admitted attorney, Kendall S. Zylstra is permitted to argue or try this particular case

in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney

admission fee and present this Order to the intake deputy clerk in the Clerk's Office.  When

paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance in the above-captioned case, and it will be entered on the Court's docket.  A notation of your admission *pro hac vice* for the above-captioned case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel of record in this case.

Dated: _____        _____ _____

                                                The Honorable

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH M. BENNARDI d/b/a** ) | |
| **NEDMAC ASSOCIATES, INC. and** ) | |
| **JOSEPH M BENNARDI d/b/a** ) | |
| **BUILDING SUPERS OF CAMDEN,** ) | |
| **INC., On Behalf of Themselves and All** ) | |
| **Others Similarly Situated,** ) | CASE NO.: 04-cv-01178 |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| **UNITED TECHNOLOGIES** ) | |
| **CORPORATION, OTIS ELEVATOR** ) | |
| **CO.,KONE CORPORATION, KONE** ) | |
| **INC., SCHINDLER HOLDING LTD.,** ) | |
| **SCHINDLER ELEVATOR** ) | |
| **CORPORATION THYSSENKRUPP** ) | |
| **AG and THYSSEN ELEVATOR** ) | |
| **CAPITAL CORP.** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF KENDALL S. ZYLSTRA
## IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Kendall s. Zylstra, declares under penalty of perjury this 16th day of November, 2005:

1.    I am an attorney at the law firm of Schiffrin & Barroway, LLP, 280 King of Prussia Road, Radnor, Pennsylvania, 19087.

2.    I submit this Declaration in support of my motion for admission *pro hac vice* in the above-captioned matter.

3.    As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the Commonwealth of Pennsylvania.

4.    There are no pending disciplinary proceedings against me in any state or federal court.

5.     Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case on behalf of plaintiff Joseph M. Bennardi.

I hereby swear under penalty of perjury that the foregoing is true and correct.

Kendall S. Zylstra

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04-cv-01178-TPG |
| | MDL No. 1644 |
| This Document Relates to: | |
| ALL ACTIONS | |

## DECLARATION OF FRED TAYLOR ISQUITH IN SUPPORT OF THE MOTION FOR ADMISSION PRO HAC VICE OF KENDALL S. ZYLSTRA

Fred Taylor Isquith, duly declares as follows in support of the petition of Kendall S. Zylstra for admission to practice before the Bar of this Court:

1. I was admitted to practice in the U.S. District Court for the Southern District of New York in February of 1972.

2. I am in practice at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP, 270 Madison Ave., New York, NY 10016.

3. I have worked with the petitioner's law firm for over ten years on various legal matters. I have no reason to believe that Mr. Zylstra should not be admitted *Pro Hac Vice* for this case.

Dated: November 17, 2005

Fred Taylor Isquith



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Kendall Scott Zylstra, Esq.*

### DATE OF ADMISSION

#### *January 2, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: November 3, 2005**

Patricia A. Johnson
Chief Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04-cv-01178-TPG<br><br>MDL No. 1644 |
| This Document Relates to:<br><br>ALL ACTIONS | |

## DECLARATION OF SERVICE

Kaveh Dabashi, a litigation paralegal employed by Wolf Haldenstein Adler Freeman & Herz LLP, hereby declares that today, I caused to be served by regular mail, with postage prepaid thereon, the:

- *Notice of Motion for Admission Pro Hac Vice of Kendall S. Zylstra* along with the *Proposed Order*

- *Declaration of Kendall S. Zylstra In Support of Motion to Admit Counsel for Pro Hac Vice*

- *Declaration of Fred Taylor Isquith In Support of the Motion for Admission Pro Hac Vice of Kendall S. Zylstra*

on the following counsel indicated on the attached Service List.

Dated: November 18, 2005

_____
Kaveh Dabashi
Litigation Paralegal

1

## SERVICE LIST

| | |
|---|---|
| Joe R. Whatley, Jr.<br>Glenn M. Connor<br>Richard P. Rouco<br>WHATLEY DRAKE, LLC<br>2323 2nd Avenue, North<br>P.O. Box 10647<br>Birmingham, Alabama  35203-0647<br>Telephone:  (205) 328-9576<br>Facsimile:  (205) 328-9669<br>***Counsel for Plaintiff Birmingham Building<br>    Trades Towers, Inc.*** | Nadeem Faruqi<br>Antonio Vozzolo<br>Beth Ann Keller<br>FARUQI & FARUQI, LLP<br>320 East 39th Street<br>New York, New York  10016<br>Telephone:  (212) 983-9330<br>Facsimile:  (212) 983-9331<br>***Counsel for Plaintiff Birmingham Building<br>    Trades Towers, Inc.*** |
| James G. Stranch, III<br>C. Dewey Branstetter<br>J. Gerard Stranch<br>BRANSTETTER, KILGORE, STRANCH &<br>JENNINGS<br>227 Second Avenue, North – 4th Floor<br>Nashville, Tennessee  37201-1631<br>Telephone:  (615) 254-8801<br>Facsimile:  (615) 255-5419<br>***Counsel for Plaintiff D.F. Chase, Inc.*** | Daniel L. Rottinghaus<br>Jeffrey B. Cereghino<br>Steven R. Weinman<br>BERDING & WEIL, LLP<br>3420 Stone Valley Road West<br>Alamo, California  94507<br>Telephone:  (925) 838-2090<br>Facsimile:  (925) 820-5592<br>***Counsel for Plaintiff Olen Commercial Realty<br>    Corporation*** |
| Lester L. Levy, Sr.<br>WOLF POPPER LLP<br>845 Third Avenue<br>New York, New York  10022<br>Telephone:  (212) 759-4600<br>Facsimile:  (212) 486-2093<br>***Counsel for Plaintiffs Towers of Coral<br>    Springs, Ltd., 181 Maple Avenue Associates,<br>    and Lenox Road Associates*** | Jayne A. Goldstein<br>MAGER & GOLDSTEIN LLP<br>2825 University Drive, Suite 350<br>Coral Springs, FL 33065<br>Telephone:  (954) 341-0844<br>Facsimile:  (954) 341-0855<br>***Counsel for Plaintiff Towers of Coral<br>    Springs, Ltd.*** |
| Brian J. Robbins<br>ROBBINS UMEDA & FINK, LLP<br>1010 Second Avenue, Suite 2360<br>San Diego, California 92101<br>Telephone:  (619) 525-3990<br>Facsimile:  (619) 525-3991<br>***Counsel for Plaintiff Birmingham Building<br>    Trades Towers, Inc.*** | Evan J. Smith<br>BRODSKY & SMITH, LLC<br>Two Bala Plaza, Suite 602<br>Bala Cynwyd, Pennsylvania  19004<br>Telephone:  (610) 668-7987<br>Facsimile:  (610) 667-9029<br>***Counsel for Plaintiff Joseph M. Bennardi,<br>d/b/a Nedmac Associates, Inc.*** |

| | |
|---|---|
| David W. Suffrin, Esq.<br>SUFRIN ZUCKER STEINBERG & WIXTED<br>Parkade Building, Suite 503<br>519 Federal Street<br>Camden, New Jersey  08103<br>Telephone:  (856) 365-0080<br>Facsimile:  (856) 338-0217<br>***Counsel for Plaintiff Joseph M. Bennardi,<br>d/b/a Nedmac Associates, Inc.*** | Kendall S. Zylstra, Esq.<br>Stephen E. Connolly, Esq.<br>SCHIFFRIN & BARROWAY, LLP.<br>280 King of Prussia Rd<br>Radnor, PA 19087<br>***Counsel for Plaintiff Joseph M. Bennardi,<br>d/b/a Nedmac Associates, Inc.*** |
| Christopher G. Hayes, Esq.<br>David McLafferty, Esq.<br>LAW OFFICE OF CHRISTOPHER G.<br>HAYES<br>115 East Chestnut Street, 2nd Floor<br>West Chester, Pennsylvania  19380<br>Telephone:  (610) 431-9505<br>Facsimile:  (610) 431-1269<br>***Counsel for Plaintiff Joseph M. Bennardi,<br>d/b/a Nedmac Associates, Inc.*** | Pat M. McDermott<br>Mark Leddy<br>CLEARY, GOTTLIEB, STEEN &<br>HAMILTON<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, D.C.  20006<br>Telephone:  (202) 974-1500<br>Facsimile:  (202) 974-1999<br>***Counsel for Defendants Otis Elevator Co.<br>and United Technologies Corp.*** |
| Deborah M. Buell<br>CLEARY GOTTLIEB STEEN &<br>HAMILTON<br>One Liberty Plaza<br>New York, New York  10006<br>Telephone:  (212) 225-2000<br>Facsimile:  (212) 225-3999<br>***Counsel for Defendants Otis Elevator Co.<br>and United Technologies Corp.*** | ***Thyssenkrupp AG***<br>***Thyssenkrupp Elevator AG***<br>Attn:  Legal Department<br>August-Thyssen-Strasse 1<br>40221<br>Dusseldorf, GERMANY |
| Allan Paul Victor<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>***Counsel for Defendants Thyssen Elevator<br>Capital Corporation, Thyssenkrupp Elevator<br>Capital Corporation, and Thyssenkrup<br>Elevator Corporation*** | Stewart M. Gisser<br>Associate General Counsel<br>SCHINDLER ELEVATOR CORPORATION<br>20 Whippany Road<br>Morristown, New Jersey  07960-1935<br>Telephone:  (973) 397-6580<br>Facsimile:  (973) 397-6574<br>***Counsel for Defendant Schindler Elevator<br>Corporation*** |

| | |
|---|---|
| Kenneth M. Kramer<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Telephone: (212) 848-4900<br>Facsimile: (212) 848-7179<br>***Counsel for Defendant Schindler Elevator<br>Corporation*** | ***Schindler Holding, Ltd.***<br>Attn: Legal Department<br>Seestrasse 55<br>CH-6052 Hergiswil<br>Nidwalden, SWITZERLAND |
| Michael Evan Jaffe<br>THELEN REID & PRIEST LLP<br>701 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C. 20004<br>Telephone: (202) 508-4000<br>Facsimile: (202) 508-4321<br>***Counsel for Defendants Kone Inc.<br>and Kone Corp.*** | Stewart M. Gisser<br>Associate General Counsel<br>Schindler ELEVATOR CORPORATION<br>20 Whippany Road<br>Morristown, New Jersey 07960-1935<br>Telephone: (973) 397-6580<br>Facsimile: (973) 397-6574<br>***Counsel for Defendant Schindler Elevator<br>Corporation*** |
| Allan Paul Victor<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>***Counsel for Defendants Thyssen Elevator<br>Capital Corporation, Thyssenkrupp Elevator<br>Capital Corporation, and Thyssenkrupp<br>Elevator Corporation*** | |
| Kenneth M. Kramer<br>SHEARMAN & STERLING<br>599 Lexington Avenue<br>New York, New York 10022-6069<br>Telephone: (212) 848-4900<br>Facsimile: (212) 848-7179<br>***Counsel for Defendants Schindler Elevator<br>Corporation*** | |