**MEMO ENDORSED**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. BENNARDI d/b/a NEDMAC ASSOCIATES, INC. and JOSEPH M BENNARDI d/b/a BUILDING SUPERS OF CAMDEN, INC., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION, OTIS ELEVATOR CO., KONE CORPORATION, KONE INC., SCHINDLER HOLDING LTD., SCHINDLER ELEVATOR CORPORATION THYSSENKRUPP AG and THYSSEN ELEVATOR CAPITAL CORP.<br><br>Defendants. | RECEIVED NOV 2 3 2005<br>LORETTA A. PRESKA<br>U. S. DISTRICT JUDGE<br>S. D. N. Y.<br><br>SCANNED<br><br>CASE NO.: 04-cv-01178<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/29/05<br><br>RECEIVED NOV 28 2005<br>CHAMBERS OF JUDGE GRIESA |

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO: ALL COUNSEL OF RECORD ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that upon the annexed Affidavit of Kendall S. Zylstra in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Thomas T. Griesa at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District

*Motion granted -*
*Thomas P. Griesa / USDJ  11/29/05*

Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Kendall S. Zylstra, an associate of the law firm of Schiffrin & Barroway, LLP, member in good standing of the bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel on behalf of plaintiff Joseph M. Bennardi.

There are no pending disciplinary proceedings against Kendall S. Zylstra in any state or federal court.

Dated: November 16, 2005

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ, LLP**

By: _____

270 West Madison Avenue
New York, NY 10016
(212) 545-4600

**SCHIFFRIN & BARROWAY, LLP**
Kendall S. Zylstra
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Counsel for Joseph M. Bennardi*

G:/Elevator/KZ ProHac Motion