# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH M. BENNARDI d/b/a )
NEDMAC ASSOCIATES, INC. and )
JOSEPH M BENNARDI d/b/a )
BUILDING SUPERS OF CAMDEN, )
INC., On Behalf of Themselves and All )
Others Similarly Situated, )
)
)
Plaintiffs, )
)
)
v. ) CASE NO.: 04-cv-01178
)
)
UNITED TECHNOLOGIES )
CORPORATION, OTIS ELEVATOR )
CO., KONE CORPORATION, KONE )
INC., SCHINDLER HOLDING )
LTD., SCHINDLER ELEVATOR )
CORPORATION THYSSENKRUPP )
AG and THYSSEN ELEVATOR )
CAPITAL CORP. )
)
Defendants. )
)





---

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:   ALL COUNSEL OF RECORD ON THE ATTACHED SERVICE LIST

   PLEASE TAKE NOTICE that upon the annexed Affidavit of Stephen E. Connolly in

support of this motion and the Certificate of Good Standing annexed thereto, we will move this

Court before the Honorable Thomas T. Griesa at the United States Courthouse for the Southern

District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District

*Motion granted.*
*So ordered.* Thomas R. Griesa
                USDJ  11/29/05

Courts for the Southern and Eastern Districts of New York for an order allowing the admission of Stephen E. Connolly, an associate of the law firm of Schiffrin & Barroway, LLP, member in good standing of the bar of the Commonwealth of Pennsylvania, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel on behalf of plaintiff Joseph M. Bennardi.

There are no pending disciplinary proceedings against Stephen E. Connolly in any state or federal court.

Dated: November 16, 2005

                        Respectfully submitted,

                        **WOLF HALDENSTEIN ADLER**
                        **FREEMAN & HERZ, LLP**

By: _____

                        270 West Madison Avenue
                        New York, NY 10016
                        (212) 545-4600

                        **SCHIFFRIN & BARROWAY, LLP**
                        Stephen E. Connolly
                        280 King of Prussia Road
                        Radnor, PA 19087
                        (610) 667-7706

                        *Counsel for Joseph M. Bennardi*

G:/Elevator/SC ProHac Motion