UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
In re ELEVATOR ANTITRUST          :   Civil Action No. 04-CV-01178(TPG)
LITIGATION                        :
                                  :   **ELECTRONICALLY FILED**
                                  :
This Document Relates To:         :   DECLARATION OF DAVID W. MITCHELL
                                  :   IN SUPPORT OF PLAINTIFFS'
    ALL ACTIONS.                  :   OPPOSITION TO DEFENDANTS' MOTION
                                  :   TO DISMISS THE SECOND
---------------------------------------- x   CONSOLIDATED AMENDED
                                      COMPLAINT

Dockets.Justia.com

Pursuant to 28 U.S.C. §1746, David M. Mitchell declares as follows:

1. I am an associate of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, co-lead counsel for plaintiffs. I am admitted to practice *pro hac vice* in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Consolidated Amended Complaint and to put before the Court certain documents cited in plaintiffs' papers.

3. Attached are true and correct copies of the following documents:

| **Exhibit** | **Document** |
|---|---|
| 1 | *EU confirms probing escalator, elevator makers in 4 countries – UPDATE*, AFX News Limited, Jan. 29, 2004 *available at* www.lexis-nexis.com; |
| 2 | *European Lift Association confirms EU probing four of its member companies*, AFX News Limited, Jan. 29, 2004, *available at* www.lexis-nexis.com; |
| 3 | *EU carries out more raids in elevator cartel probe*, The Associated Press, Mar. 16, 2004, *available at* www.lexis-nexis.com; |
| 4 | *EU accuses lift companies in price-fixing investigation*, The Times (London), Oct. 12, 2005, *available at* www.lexis-nexis.com; and |
| 5 | *In re Elevator Antitrust Litigation*, No. 04-CV-01178(TPG), Hearing Transcript (S.D.N.Y. Jan. 13, 2005). |

/s/David W. Mitchell
DAVID W. MITCHELL

S:\CasesSD\Elevators\DEC00026871.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List and all parties on the attached service list.

/s/Fred Taylor Isquith
FRED TAYLOR ISQUITH

WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ, LLP
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
212/545-4653 (fax)
E-mail: isquith@whafh.com