# EXHIBIT 2

1 of 8 DOCUMENTS

Copyright 2004 AFX News Limited
AFX.COM

January 29, 2004 Thursday

**SECTION:** GOVERNMENT; COMPANY NEWS

**LENGTH:** 266 words

**HEADLINE:** European Lift Association confirms EU probing four of its member companies

**DATELINE:** BRUSSELS

**BODY:**

The European Lift Association confirmed that European Commission officials have taken copies of minutes of its meetings in their investigation of ThyssenKrupp AG, Schindler AG, Kone Corporation and Otis Elevators Co Ltd.

Secretary-general of the association of European lift manufacturers Luc Rivet confirmed that commission officials raided the Brussels headquarters yesterday as part of their investigation into price-fixing and market-sharing between the four companies.

The four companies were also raided by commission officials who were looking for evidence of collusion by the companies.

The companies allegedly "would use these meetings to talk about fixing prices for lift spare parts. This is the area where the margins are made," said a source.

Rivet confirmed that these are the only companies under investigation by the commission but added that they have a "large share" of the European market for lifts and escalators.

He denied that the association has been used as a forum for the four companies to engage in market sharing and price fixing.

Rivet said the association has a number of boards and committees on which representatives of the whole market sit. He said the primary concern of the association is safety.

"The issues we deal with are issues of concern to all manufacturers big and small," Rivet said. "We have nothing to hide and have cooperated fully with EU inspectors."

emma.davis@afxnews.com
ed/adp/pav/

For more information and to contact AFX: www.afxnews.com and www.afxpress.com

**ISIN-NO:** DE0007500001; CH0013914129; FI0009000566; INE228101015; US9130171096

**LOAD-DATE:** January 30, 2004