UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644 |
| | **ELECTRONICALLY FILED** |
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04 CV 01178 (TPG) (ECF) |
| | NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this action for plaintiffs 181 MAPLE AVENUE ASSOCIATES and LENOX ROAD ASSOCIATES. I certify that I am a member of the bar of this Court.

Date:   January 11, 2006

Respectfully submitted,

Lester L. Levy (LL 9956)
Wolf Popper LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Attorneys for Plaintiffs
181 Maple Avenue Associates and
Lenox Road Associates

Doc. 151209