UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELEVATOR AND ESCALATOR ANTITRUST LITIGATION | MDL No. 1644 |
| IN RE ELEVATOR ANTITRUST LITIGATION | Master Docket No. 1:04 CV 01178 (TPG) (ECF CASE) |
| This Document Relates To:<br>All Actions | **ORAL ARGUMENT REQUESTED** |

## DECLARATION OF LEAH BRANNON

Pursuant to 28 U.S.C. § 1746, Leah Brannon declares as follows:

1. I am an associate of the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendants United Technologies Corporation and Otis Elevator Company. I am admitted *pro hac vice* in the above referenced matter.

2. I submit this Declaration in conjunction with the Reply Memorandum in Further Support of Defendants' Motion to Dismiss the Second Consolidated Amended Complaint and to put before the Court certain documents cited in the defendants' papers.

3. I attach a true and correct copy of the following documents as Exhibits A and B:

| Exhibit | Document |
|---|---|
| A | Press Release, United Technologies Corporation, March 16, 2004, *available at* http://www.utc.com/press/releases/2004-03-16.htm |
| B | Press Release, Kone Corporation, March 17, 2004, *available at* http://www.kone.com/en/main/0,,content=48675,00.html |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 3, 2006 in Washington, D.C.

_____
LEAH BRANNON