# Exhibit A

Dockets.Justia.com

 **United Technologies**

**Press Release**

March 16, 2004
# UTC confirms continuing EU investigation

Contact:
Paul Jackson, UTC
(860) 728-7912

HARTFORD, Conn., March 16, 2004 -- United Technologies Corp. today confirmed that representatives of the European Commission recently conducted unannounced inspections at the offices of its Otis subsidiaries in Brussels, Luxembourg and Berlin. UTC believes the EU Commission is continuing its investigation of possible unlawful collusive arrangements among elevator manufacturers. UTC said it is cooperating fully with the investigation.

UTC added that it is continuing to conduct its own internal investigation of these matters. Based on the preliminary results, UTC has reason to believe that some Otis employees in a small number of locations may have engaged in activities at a local level in violation of Otis and UTC policies and applicable competition law.

United Technologies Corp (NYSE:UTX), based in Hartford, Connecticut, provides high technology products and support services to the commercial building system and the aerospace industries.