**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/06

IN RE ELEVATOR ANTITRUST LITIGATION

04 CIVIL 1178 (TPG)
**JUDGMENT**

------------------------------------------------X

The Otis, Kone, Schindler, and Thyssen defendants having moved to dismiss the Second Amended Complaint for failure to state a claim, or, in the alternative, to dismiss the claims of the foreign plaintiff pursuant to Fed. R. Civ. P. 12(b)(1), and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on May 26, 2006, having rendered its Opinion (93174) granting the motion to dismiss the complaint, dismissing the action without leave to re-plead, and denying the alternative motion to dismiss the claims of the foreign plaintiff, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion (93174) dated May 26, 2006, the motion to dismiss the complaint is granted and the action is dismissed without leave to re-plead; the alternative motion to dismiss the claims of the foreign plaintiff is denied.

**Dated:** New York, New York
June 6, 2006

**J. MICHAEL McMAHON**
**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____