United States District Court
Southern District of New York

--------------------------------------------------

ELEVATOR ANTITRUST LITIGATION

-v-

--------------------------------------------------

Document # 93

U.S.C.A. # 06-3128

U.S.D.C. # 04-CV-1178

U.S.D.J.: T.P. GRIESA

Date: 8-22-2006

U.S. DISTRICT COURT
FILED
AUG 22 2006
S.D. OF N.Y.

## Notice to the Docket Clerk

( ___ ) Original Record                ( 1st ) Supplemental Record

In re Elevator Antitrust Litigation                                                                 Doc. 93

The record in the above entitled case was indexed to the U.S.C.A. for the
Second Circuit on the ___22nd___ Day of ___Aug___, 2006.

United States District Court for
the Southern District of New York

Date __8/22/06__

ELEVATOR ANTITRUST LITIGATION
-v-

U.S.C.A.# __06-3128__

U.S.D.C# __04-cv-1178__

D.C. Judge __TP GRIESA__

/s/    Supplemental Index To The Record On Appeal

Prepared by (Name): __BOBBY ALI__
Firms Name: __KEATING & WALKER ATTORNEY SVC.__
Firms Address: __ONE BEEKMAN STREET, SUITE 406__
City, State & Zip: __NEW YORK, NEW YORK 10038__
Firms Phone#: __(212) 964-6444__

District Court Docket Entries
Document Description                                                    Doc.#

1) Supplemental Clerk's Certificate _____    0
2) __COMPLAINT__ _____    1
3) __ORDER APPOINTING APS__ _____    3
4) __STIPULATION AND ORDER__ _____    2
5) __STIPULATION AND ORDER__ _____    4
6) __NOTICE__ _____    12
7) __ORDER__ _____    13
8) __NOTICE OF MOTION__ _____    14
9) __NOTICE OF MOTION__ _____    15
10) __STIPULATION__ _____    27

PAGE 2

DATE: 8/22/06

U.S.C.A. # 06-3128

U.S.D.C. # 04-cv-1178

D.C. JUDGE: T P Griesa

# CLERK'S CERTIFICATE (Continued)

| DESCRIPTION OF DOCUMENTS | DOC. # |
|---|---|
| ORDER | 41 |
| TRANSCRIPT | 57 |
| TRANSCRIPT | 58 |
| ENDORSED LETTER | 62 |
| LETTER | 69 |
| TRANSCRIPT | 89 |
| MEMORANDUM AND OPINION | 90 |